Achieved strategic cooperation with Skydance Media. The first part of the new movie "Terminator"

Tencent Pictures will conduct extensive and in-depth cooperation with Skydance Media in the areas of film, IP adaptation, and VR. The first collaborative film is the first of the new "Terminator" trilogy, produced by James Cameron and David Ellison, directed by Tim Miller, starring Arnold Schwarzenegger and Linda Hamilton. . Tencent will participate in the investment and production of this film, and will be responsible for the declaration and derivative products in mainland China. The movie is expected to be turned on this summer and will be released in North America in November 2019.

Skydance Media CEO David Ellison attended the conference and started strategic cooperation with Cheng Wu.



External reports continue talk about the co-operation between Tencent and Skydance...

Arnold Schwarzenegger will make a return to the big screen next year in the first instalment of a new *Terminator* trilogy backed by Tencent Pictures.

The entertainment arm of the Shenzhen-based internet giant will work with US production firm Skydance Media to revive the *Terminator* movie franchise, according to Tencent Pictures CEO Cheng Wu.

Tencent invested in Skydance earlier this year for an undisclosed sum, and as part of the arrangement will co-finance movies, TV shows and video game projects while lending their expertise to each other in their respective countries.

An event shows a title unveiling of **The Terminator 2019** but in published (yet translated) wording,- calls it Terminator (2019). Is it possible China, who has never has a theatrical release of the first movie, will get The Terminator (2019) and the rest of us will get Terminator (2019) OR is the world getting a semi-remake of the first movie titled The Terminator 2019 which will be a sequel to the second Terminator movie; Terminator 2: Judgment Day… ?

> **Tencent Pictures announced that it had initiated strategic cooperation with Skydance Media and reactivated Terminator with Skydance Media.**
>
> **The first of the new "Terminator" trilogy is "Terminator 2019". James Cameron is the producer. The starring Schwarzenegger and Linda Hamilton will return.**
>
> **The film will be filmed in May of this year and will be released in 2019.**



The event announces the keyplayers…



Tim Miller will be directing Terminator (2019) but what is pretty funny is his previous R Rated movie Deadpool was BANNED in China and Deadpool was hardly serious and brutal as an R Rated movie might be (if you exclude the strap on and unnecessary OTT sex scenes that obviously boosted the R Rating).
We know that China investment includes certain demands like cultural references (even if scenes are just filmed for China), casting or even toning down violence.

> **China's tech giants are engaged in intense competition to acquire and create content, whether movies, TV dramas or games, to attract and retain users across their various platforms.**
>
> **At stake is the world's largest internet market with almost 800 million users, with the growing number of younger digital-native consumers more willing to spend on content.**

Is a PG-13 rating for the new Terminator movie already set in stone? Is Skydance playing things so safe that potentially it could be dooming the Terminator movie to fail in every market other than China? Could Chinese audiences reveal that the tremendous turnout for Genisys was nothing more than a anomaly that won't be repeated in succession, were they just curious- did they actually enjoy the movie or did they just turn out for Arnold Schwarzenegger?



Is Tencent and China going to embrace a real Terminator movie that is R Rated, or will investor demands destroy the movie (like they have destroyed Terminator movies before)?

We want to know the age rating now Skydance- until then we are presuming this is PG-13, as Age Rating holdbacks (which you have already participated in with Genisys once already) definitely point to and suggest it.

When James Cameron described Terminator Genisys as a renaissance, was he talking about the movie, or pushing the Terminator franchise around the China market like his Avatar movies?



How much of a reboot is this?

> **Tencent Pictures announced a strategic cooperation with Skydance Media to restart the "The Ultimate" movie trilogy.**

This claims to be a sequel to Terminator 2 but has the title of the first movie? Confused? Affirmative.

Thanks to Infiltrator for the tip off!

Source:  Gamersky donews and South China Morning Post

**Update – Introduction to a new Generation of Terminator Characters...**

# Official Terminator 2019 Press Release:

> **SANTA MONICA, Calif. & BEIJING–(BUSINESS WIRE)–Skydance Media, LLC ("Skydance"), a diversified media company that creates event-**

level entertainment for global audiences across multiple platforms, and Tencent Pictures, the film and television arm of Chinese Internet giant Tencent Holdings Limited ("Tencent"), announced today that Tencent will co-finance as a global partner the upcoming *Terminator* film directed by Tim Miller and produced by James Cameron and David Ellison. Under the pact, Tencent will also handle the distribution, marketing and merchandising of the film in China. This is the first collaboration between the two companies since they entered into a partnership, with Tencent making a strategic investment in Skydance Media.

"We are thrilled *Terminator* will be our first collaboration with Tencent, and we believe that partnering this early in the process, prior to production, will allow both companies to fully maximize the opportunity," said Jesse Sisgold, Skydance Media President & COO. "This franchise is hugely popular with Chinese audiences and will greatly benefit from the massive reach and valuable know-how Tencent has in marketing, distribution, games, and more."

"We are truly excited to be partnering with Skydance on the newest chapter of this iconic franchise. With Skydance's savvy production expertise and impeccable taste in talent, along with Tencent's tremendous marketing and distribution capabilities in China, we believe the success of Terminator will serve as a benchmark for future collaborations," said Edward Cheng, Vice President of Tencent and CEO of Tencent Pictures.

The upcoming *Terminator* movie will be a direct sequel to Cameron's *Terminator 2:Judgment Day* starring Arnold Schwarzenegger and Linda Hamilton, both reprising their iconic roles as "The Terminator" and "Sarah Connor" from the first two *Terminator* films. The new story will introduce the next generation of characters played by rising stars Mackenzie Davis (*Blade Runner 2049,* "Halt and Catch Fire"), Natalia Reyes ("Lady, La Vendedora de Rosas"), Diego Boneta ("Scream Queens," *Rock of Ages*), and Gabriel Luna ("Marvel's Agents of S.H.I.E.L.D.") Specific details on the characters are being kept under wraps.

Paramount Pictures and 20th Century Fox are also co-financing the film, which is scheduled for U.S. release the Friday before Thanksgiving on November 22, 2019. The movie will be distributed domestically by Paramount Pictures and internationally (excluding China) by 20th Century Fox.

**About Skydance Media, LLC**

Skydance is a diversified media company founded by David Ellison in 2010 to create high quality, event-level entertainment for global audiences across platforms, including feature films, animation, television, gaming and digital. To date, Skydance has produced and financed 15 feature films, which have cumulatively grossed nearly $5 billion in worldwide box office. Skydance TV launched in 2013, creating 8 premium series to date, with current distribution partners that include Apple, Amazon, AMC, DirecTV, Hulu, Netflix, and The Paramount Network. Skydance Interactive is a multifaceted game studio with premier brand games, including *Archangel VR*. In the last four years, the Company has grown from 15 employees in Santa Monica to over 150, with facilities in Santa Monica, Marina Del Rey, Hollywood and Vancouver.

**About Tencent Holdings Limited and Tencent Pictures**

Tencent uses technology to enrich the lives of Internet users. Tencent's social products WeChat and QQ link its users to a rich digital content catalogue including games, video, music and books. Its proprietary targeting technology helps advertisers reach out to hundreds of millions of consumers in China. Tencent's infrastructure services including payment, security, cloud and artificial intelligence create differentiated offerings and support its partners' business growth. Tencent invests heavily in people and innovation, enabling the company to evolve with the Internet.

Tencent Pictures, the film and television arm of Chinese Internet giant Tencent Holdings Limited ("Tencent"), has been a key strategic partner on a number of high profile global films such as Universal's *Warcraft*, Warner Bros' *Kong: Skull Island*, and most recently Warner Bros' *Wonder Woman*.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Terminator: The Sarah Connor Chronicles
Search Results: Displaying 16 of 33 entries



*TERMINATOR: THE SARAH CONNOR CHRONICLES :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001886795 / 2013-06-28
**Application Title:** TERMINATOR: THE SARAH CONNOR CHRONICLES (SERIES) THE TOWER IS TALL BUT THE FALL IS SHORT.
**Title:** TERMINATOR: THE SARAH CONNOR CHRONICLES : 3T7308, THE TOWER IS TALL BUT THE FALL IS SHORT.
**Description:** Videocassette (Betacam SP) ; 1/2 in.
**Copyright Claimant:** Warner Bros. Entertainment Inc., Transfer: By Assignment. Address: 4000 Warner Boulevard, Burbank, California 91522.
**Date of Creation:** 2008
**Date of Publication:** 2008-10-17
**Nation of First Publication:** United States
**Authorship on Application:** Warner Bros. Television, a division of WB Studio Enterprises Inc., employer for hire; Citizenship: United States. Authorship: ENTIRE WORK.
**Pre-existing Material:** Based on characters created by James Cameron and Gale Anne Hurd.
**Basis of Claim:** Motion picture, including audio, visual and other cinematographic material.
**Names:** WB Studio Enterprises Inc.
Warner Bros. Television
Warner Bros. Entertainment Inc.

# Tencent Buys Stake in Skydance, Production Company Behind 'Terminator'

Tencent takes less than 10% of Skydance, on terms that value production company at about $1.5 billion

*By*
*Ben Fritz*
Jan. 25, 2018 8:14 p.m. ET

Chinese internet giant Tencent Holdings is buying a piece of Skydance Media, the Hollywood company behind "Terminator."

Tencent has sealed a deal giving it a little less than 10% of Skydance, on terms that value the production company at approximately $1.5 billion, said a person with knowledge of the agreement. This person didn't disclose the exact dollar amount of the investment.

# Terminator Genisys

| | |
|---|---|
| Word Mark | TERMINATOR GENISYS |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Downloadable files in the field of entertainment, namely, electronic game software, via a global computer network and wireless devices; covers for mobile phones; fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile phones, portable music players; cases for mobile phones; laptop carrying cases; mouse pads; video games; downloadable computer game programs; downloadable computer game software via a global computer network and wireless devices; downloadable interactive video game programs and video game software that can be played on handheld electronic game units and/or mobile telephones, downloadable audio and video recordings featuring fictional drama; decorative magnets; downloadable software in the nature of mobile applications for mobile communication devices for use in distribution of digital video, video files, video games, and multimedia content; decorative refrigerator magnets; downloadable mobile applications for electronic games; downloadable mobile applications featuring a digital watch in the field of motion picture films. FIRST USE: 20140600. FIRST USE IN COMMERCE: 20140600 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86451417 |
| Filing Date | November 11, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 4, 2015 |
| Registration Number | 5276740 |
| Registration Date | August 29, 2017 |
| Owner | (REGISTRANT) StudioCanal S.A. CORPORATION FRANCE 1 Place du Spectacle, Cedex 9 Issy-Les-Moulineaux FRANCE 92863 |
| Attorney of Record | Robert H. Steinberg, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Trademark Electronic Application System (TEAS) filing receipt

We have received your Response to Office Action Form form below.

To the Commissioner for Trademarks:
Application serial no. **85266836** (THE TERMINATOR) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

The registrant's specimens are unacceptable as evidence of actual service mark use because it does not show the mark used in the sale or adverting for any of the services identified in the notice of allowance. All 16 Terminator Marks are fraudulent derivatives of the original mark in commerce. The original mark The Terminator was in use in commerce prior to the dissolutional usage. The registrant must submit a specimen showing the mark as it is used in commerce. Example of acceptable specimens are signs, photographs, brochures or advertisements. The registrant must verify with an affidavit or a declaration under 37 C.F.R. 2.20 , otherwise the offending marks should be cancelled.

**EVIDENCE**
Evidence in the nature of Specimen-2 The Terminator .jpg First use in Commerence : 10/26/1984 37 C.F.R. 2.56 and 2.88(b)(2). A photograph TMEP 1301.04 Verified affidavit under 37 C.F.R. 2.20 37 C.F.R. 2.59(b); TMEP 904.09 . March 14, 2011. has been attached.

**Response Signature**
Signature: / Sophia Stewart/   Date: 11/15/2011
Signatory's Name: Sophia Stewart
Signatory's Position: Owner

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

---

Thank you,

The TEAS support team
Tue Nov 15 16:15:18 EST 2011

Case 2:03-cv-02873-MMM-VBK   Document 1   Filed 04/24/03   Page 62 of 64   Page ID #:62

VISA

NextCard Internet Visa - Apply Now

IMDb   › Personaliz

| Top Movies | Photo Galleries | IMDb Recommends | Browse IMDb | Independent Film |

PAGEFLICKER

# Company credits for Terminator, The (1984)

Page 4 of 34

Search the database:

All

(Go!)

Overview
- combined details
- full cast and crew
- company credits

user comments
external reviews
newsgroup reviews
awards & nominations
user ratings
recommendations

plot summary
plot keywords
main summary
memorable quotes

guests
soundtrack listing

alternate versions
movie connections

merchandising links
box office & business
release dates
filming locations
technical specs
laserdisc details
dvd details
satellite listings

## Production Companies

- Cinema 84
- Euro Film Funding
- Hemdale Film Corporation
- Pacific Western

## Distributors

- Artisan Entertainment [us] (Video)
- Home Box Office (HBO) Home Video [us] (video)
- Orion Pictures Corporation [us]
- Thorne EMI (video)
- VCL Communications GmbH [de] (Germany, video)

## Special Effects

- Fantasy II Film Effects
- Stan Winston Studio

## Opticals

- Ray Mercer & Company

## Extras casting

- Christal Blue Casting

## Robots supplied and operated by



## We Are Movie Geeks

"We are thrilled Terminator will be our first collaboration with Tencent, and we believe that partnering this early in the process, prior to production, will allow both companies to fully maximize the opportunity," said Jesse Sisgold, Skydance Media President & COO. "This franchise is hugely popular with Chinese audiences and will greatly benefit from the massive reach and valuable know-how Tencent has in marketing, distribution, games, and more."

"We are truly excited to be partnering with Skydance on the newest chapter of this iconic franchise. With Skydance's savvy production expertise and impeccable taste in talent, along with Tencent's tremendous marketing and distribution capabilities in China, we believe the success of Terminator will serve as a benchmark for future collaborations," said Edward Cheng, Vice President of Tencent and CEO of Tencent Pictures.

# YAHOO! Mail ✉

**From:** FHFBrown@aol.com

**Date:** Tue, 26 Oct 2004 00:20:14 EDT

**Subject:** harlan ellision

**To:** sophiastewart003@yahoo.com

Another Lawsuit they settled with her,,well well what do we have here.....

Science fiction author Harlan Ellison sued Cameron, claiming that the film was plagiarized from the two "Outer Limits, The" (1963) episodes that Ellison wrote, namely "Soldier" and "Demon With a Glass Hand". The concept of "Skynet" could also have been borrowed from an Ellison short story called "I Have No Mouth and I Must Scream". The suit was settled out of court and newer prints of the film acknowledge Ellison.

 **MAIL**

**From:**   Brownfhf@aol.com

**Date:**   Wed, 22 Dec 2004 19:09:28 EST

**Subject:**  terminator

**To:**    sophiastewart003@yahoo.com

When The Terminator was in the theaters, another blow came from an unexpected quarter: Science fiction writer Harlan Ellison threatened to sue, claiming The Terminator had ripped off two episodes of The Outer Limits that he'd written, "Soldier" and "Demon With a Glass Hand," as well as "I Have No Mouth, and I Must Scream," an award-winning short story. Their plots concerned robots, time travel, altering the past to save humanity from a holocaust, and a future world where "machines are born to kill." Gagged for many years by a secrecy clause, Ellison is now speaking about it for the first time: "He got all my best stuff, but the wonderful thing is, he combined it in a new, fresh, and interesting way.
Sophia]s way this is very important in a court of law especailly if they try to site that htis material was sued for prior and? So that Refreshing way  could it have come from you.

 **MAIL**

**From:** FHFBrown@aol.com

**Date:** Tue, 26 Oct 2004 03:12:25 EDT

**Subject:** what ever happen to these folks

**To:** sophiastewart10@yahoo.com

## CAMERON SUED OVER TERMINATOR 2 SCRIPT!
### "T2" scenes stolen from "The Minotaur"?
Reported By: René de Jong
Saturday, April 13, 2002

## Reported by IMDB.com:

*Over 10 years after the movie was released, someone still wants a piece of the Terminator pie. Director James Cameron is being sued for allegedly stealing ideas for his hit sci-fi sequel Terminator 2. An Australian couple claim the Oscar-winning director owes them damages and credits on the 1991 movie, alleging he stole from a script for a proposed movie sent to Hollywood producers in 1987.*

*Filia and Constantinos Kourtis have filed a suit in America's federal court which alleges the Arnold Schwarzenegger flick borrows heavily from a script for a proposed movie called **The Minotaur** which was touted around Hollywood. Mr. Kourtis says Cameron called him while he was in Los Angeles in 1989 and told him he "loved the project" and said his agent would be calling him "soon." The pair were then shocked to see echoes of the script in Terminator 2 as well as earlier Cameron flick The Abyss.*

 see it for yourself. - (281 kb)



THE CAST OF THE MATRIX

| NEO<br>Keanu Reeves | MORPHEUS<br>Laurence Fishburne | TRINITY<br>Carrie-Anne Moss |
| --- | --- | --- |
| AGENT SMITH<br>Hugo Weaving | TANK<br>Marcus Chong | CYPHER<br>Joe Pantoliano |
| SWITCH<br>Belinda Mcclory | APOC<br>Julian Arahanga | MOUSE<br>Matt Doran |



Prior film          Next film

Movie Index



All Entries MUST be in Ball Point Pen or Typed



UNITED STATES POSTAL SERVICE — U.S.MAIL

PAY TO

CUSTOMER RECEIPT

Not Negotiable

This receipt is your guarantee of 100% refund if your money order is lost, stolen, provided you fill in the *Pay To* and *From* information on the money order in the space provided. No claim for improper payment limited 2 years after payment.

If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office. Please allow 60 days for the issue of a replacement money order. Money orders are invalid after 20 years.

158 2835 735

REFER TO THIS NUMBER FOR PROMPT SERVICE

PURCHASER'S RECEIPT

Nov. 24, 1987

PAY TO THE ORDER OF

Winter's Guild CA

NON-NEGOTIABLE

FOOD STORES — TOWN & COUNTRY

TERMS: PLEASE READ THE TERMS OF THIS MONEY ORDER ON THE REVERSE SIDE.

AMOUNT

DOLLARS

REGISTERED NO. — R36CPSSC

| | | | |
|---|---|---|---|
| Reg. Fee | $3.20 | Special Delivery $ | |
| Handling Charge $ | | Return Receipt | $20 |
| Postage $ | $39 | Restricted Delivery $ | |

Received by

Customer must declare Full value $ 200

☐ With Postal Insurance
☐ Without Postal Insurance
$25,000 Domestic Limit

Airmail ☐
MAILING OFFICE

POSTMARK OF

AUG 30 1994 GPO

**Customer Completion** (Please Print)

| TO | FROM |
|---|---|
| 2009 Carey St | |
| Beverly Hills, Ca | Twentieth Century Fox Rcd |
| Box 900 | Box 900 |
| ZIP CODE 90213 | ZIP CODE 76521 |

Post Office (Completion)

PS FORM ---- RECEIPT FOR REGISTERED MAIL (Customer Copy)

---

US Postal Service
Receipt for Certified Mail
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Z 265 725 149

PS Form 3800, April 1995

| | |
|---|---|
| Sent to | |
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | USPS |

---

US Postal Service
Receipt for Certified Mail
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Z 265 725 149

810 522 592 Z

PS Form 3800, April 1995

| | |
|---|---|
| Sent to | Winterbrook Pesot Prop. |
| Street & Number | 4000 Warner Blvd. |
| Post Office, State, & ZIP Code | Burbank, Ca 91505 |
| Postage | $ 33 |
| Certified Fee | .04-1 |
| Special Delivery Fee | 521 |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 86.2 |
| Postmark or Date | NORTHWEST ... CITY UT 1999 |

# POSTAL SERVICE
; BUSINESS

TRUCTIONS
ZIP Code in the space below.
, and 4 as the reverse.
If space permits,
of article.
Receipt Requested".



PENALTY FOR PRIVATE
USE, $300

URN
O

Ms Sofia Stewart                                #145
(Name of Sender)

3353 Fod Independence St
(Street or P.O. Box)

Bronx, NY 10463
(City, State, and ZIP Code)

UNITED STATES POSTAL SERVICE
OFFICIAL BUSINESS

SENDER INSTRUCTIONS
Print your name, address, and ZIP Code in the
space below.
• Complete items 1, 2, 3, and 4 on the reverse.
• Attach to front of article if space permits,
  otherwise affix to back of article.
• Endorse article "Return Receipt Requested"
  adjacent to number.

RETURN
TO ➤

Ester Duffie, Agent
(Name of Sender)

200 9 Quincy A.
(No. and Street, Apt. Suite, P.O. Box or R.D. No.)

San Angelo, Texas 76 901
(City, State, and ZIP Code)

Suite 96

PENALTY FOR PRIVATE
USE, $300

Save This Receipt For Registered Mail Claims & Inquiries

DECLARATION OF VALUE—Mailers are required to declare the FULL value at the time of mailing on all registered mail articles, whether insurance is desired or not. Failure to declare full value may invalidate any claim.

INSURANCE—Domestic Postal insurance may be purchased by paying the appropriate fee. Domestic insurance on registered mail is limited to the lesser of (1) the value of the article at the time of mailing or the cost or replacement if lost or totally damaged, or (2) the cost of repairs. An article may also be sent by registered mail without postal insurance by paying the appropriate fee. No indemnity will be paid for articles mailed without Postal Insurance coverage. Consult your postmaster for additional details of insurance limits and coverage for domestic and international registered mail.

FILING CLAIMS—Claim must be filed within 1 year from the date of mailing. Present this receipt and submit evidence of value, cost of repairs, or cost of duplication. The contents and packing must be presented when filing a claim for damage or loss of contents.

INTERNATIONAL REGISTERED MAIL—Indemnity coverage for International Registered Mail is limited. Consult postmaster for maximum indemnity limits.

PS Form 3806, July 1983 (Reverse Part 1)

PURCHASER'S AGREEMENT:

You, the purchaser, agree to immediately complete this Money Order by filling in the front of the Money Order, signing, and addressing it at the bottom. The terms of this Money Order bind you, your heirs, or others who receive this Money Order from you.

SERVICE CHARGE:

If this Money Order is not used or cashed (presented for payment) within three (3) years of the purchase date, there will be a non-refundable service charge where permitted by law. The service charge will be deducted from the amount of payment shown on the Money Order. The service charge is twenty-five (25) cents per month from the date of purchase, but not more than twenty-one (21) dollars.

RESTRICTIONS ON USE:

The business or person selling this Money Order cannot use it to pay personal or business obligations.

LIMITED RECOURSE:

This Money Order will not be paid if it has been forged, altered, or stolen, and recourse is only against the endorser. This means that persons receiving this money order should accept it only from those known to them and against whom they have effective recourse.

PS Form 3800, April 1995 (Reverse)

5. Save this receipt and present it if you make an inquiry.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse article RESTRICTED DELIVERY on the front of the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

**Warner bros. Legal dept.**   P.O.Box 165153 Salt Lake City, Ut.  84116
801  575-8387

April 9, 1999

4000  Warner Blvd.

Dear Sir or Madam:

I recently spoke with your office about the movie " *Matrix* "April 1, 1999.This movie is a unauthorized derivative work based on my book called *"Third Eye"*. I wrote this book in May 1981TXU 117-610 and added to it November 1983TXU154-231. Many producers, production companies, editors, lawyers comic-book illustrators had access to this material.  I have a list of all people involved. I was attending USC ( University Of Southern California ) at the time.  I own all rights to this book. Since  I never authorized you to do any work , it follows that you infringed upon my copyright by doing so.

  This letter is to demand that you immediately cease and desist from selling or showing of this movie. In addition , I demand to be reasonably compensated for the use  of my book and all work that have been copied and sold. Please respond to this letter by May 13, 1999 .

Sincerely,

Sofia Stewart
Author/Writer

June 28, 1999

Andy & Larry Wachowski
Warner Brothers
4000 Warner Blvd.
Burbank, CA 91522

Re: ""The Third Eye"/"The Matrix"

Dear Sirs:

This letter is to inform you that I have given key evidence and the name of a witness to the Federal Bureau of Investigations, on June 10, 1999, for criminal prosecution.

I have submitted my original draft, illustrations and character analysis pertaining to "The Third Eye" to you to make into a comic book. I discovered years later that not only have you used my epic material for the comic book "The Matrix," but you have also adapted from chapters, illustrations, and characters of my published book (published November 23, 1983) into a screenplay called "The Matrix."

I have contacted you numerous times asking you to pay for the stolen material and have not received a reply from you. However, I have received several letters from Warner Brothers asking for evidence to use against me as a cover-up. I have since discovered why. You leave me with no choice in the matter. Since you have been living off of me, so to speak, for a number of years now, I see no course other than to take this matter to the Federal authorities.

You have committed a white collar crime, (willful copyright infringement is a federal crime and perjury a felony), a crime I feel would not have been discovered if you did not continue this unauthorized activity.

Gentlemen, I will not let this matter go unresolved...you will pay me a settlement or restitution for the stolen material. Either way, I will be paid for the work I have done. I have given you every fair chance to comply and I am prepared to have you prosecuted to the fullest extent of the law. This is a very serious matter; a federal investigation will uncover other activities. The FBI took my information due to copyright thefts. Washington needs a "high profile case" to be made an example of! I suggest you get some criminal lawyers if you do not intend to pay...Timing is Everything!

Sincerely,

Sofia Stewart

P.O. Box 165153
Salt Lake City, UT 84116
(801) 575-8387



**SUSAN MERZBACH**
VICE PRESIDENT
CREATIVE AFFAIRS

June 1, 1981

Ms. Sofia Stewart
SOFIA STEWART PRODUCTIONS
256 South Robertson Blvd., Ste. 8180
Beverly Hills, CA.  90211

Re:  THIRD EYE by Sofia Stewart - TRE (6pp)

Dear Sofia,

Pursuant to your telephone conversation of this morning with
Susan Merzbach, I am enclosing the above-referenced material.

Many thanks.

Sincerely,

Kay Harrison

/kh
Enclosure

Exh. 12.3



**Columbia Pictures Industries, Inc.**

Richard Berres
Vice President
Director of Music

June 8, 1981


Sofia Stewart Productions
256 South Robertson Blvd.
Suite 8180
Beverly Hills, CA   90211


Dear Sofia,

Sorry for the delayed response -- have been in New York.
In looking closely at your outline, let me first say that
I'm not an expert whatsoever in determining what's commercially
viable for the networks.  However, I will give you a personal
viewpoint and say that while your outline is interesting to
read, I believe that it is not "commercially viable".

In any event -- best wishes and good luck!

Cordially,

Dick Berres

DB:ds

June 10, 2001

James Cameron
Lightstorm Entertainment
919 Santa Monica Blvd.
Santa Monica, CA 90401-2704
( 310 ) 656-6100

Re: " Terminator "/ " The Matrix " / " The Third Eye "

Dear Mr. Cameron:

Just a few lines to inform you that your past have caught up with you! I have paper trail ( finance ) evidence and witness to this theft & fraud involving you and Fox Studios and a host of others ( knowing & not knowing in the 80's ) .

I am now waiting for one last piece of key evidence and which I will receive shortly and then I shall go public with this scandal against Fox, you, Joel Silver, Washsoskis Brothers, and finally Warner Brothers! You are a big celebrity now and this scandal will surely hurt your name & reputation, because the media will eat this up. The FBI have been investigating my case since June of 1999 and have evidence and names in their files. I am sending you paper work to show you I am serious.

Did Greg Gelfan inform you about any of this? As you can see by the letters I've enclosed . . . he has known about this for a while and has written me several letters. I have advised him that his silence is not going to make this go away. The only thing that will make this go away is to pay me for the use of my work. I do not want to hurt anyone's career, but I will if I have to! Arnold Schwarzenegger's career was made off of a lot of these stolen movies involving my Epic material!

Sofia Stewart

June 21, 2001

David Madden/producer
Paramount Studios
5451 Marathon St.
Los Angeles, CA. 90018

Re: " Terminator "/ " The Matrix "/ " The Third Eye "

Dear Mr. Madden:

My work was sent to you via Valarie Redd ( see the evidence enclosed )in the 80's when you were at Fox! Years later I discover my work is stolen and used to make a number of multi-million dollars hit movies in which I was never paid a dime for! I kept all the evidence over the many years , and I soon discovered other evidence , because I took my case to the FBI in June 10th, 1999, for an investigation. I was shocked and hurt to learn my work was used , and handsomely profited by so many Hollywood insiders!

Did you also get monies for your part in this? I would think so, because you had my work from 81'-.85' , and no offer to pay me for my work came . . . instead I got a phone call from Fox telling me that the administration that was interested in doing my work was no longer with Fox, and now Fox wish me to send my work to them again , but this time through an agent that is with the Guild! I must admit then I was very young and naive . . . I knew very little about the ways of theft in the movie industry, but I've learnt a lot since. I want you to pay me for my work or suffers with the rest. I have enclosed certain documents to let you know that I am serious. You could also be a witness for the FBI's investigation and turn in the rest of the people involved. I am certain that some people is going to choose that in favor of other consequences. Your past have caught up with you and this matter is not going to go away until I am fully compensated for the use of my work. I like you to think it over and decide what part you want to play,

because soon you will be contacted by the FBI! I would like for you to be a witness against the other parties involved, and I want you to know I have evidence against all . . . I am waiting for one key piece of evidence, and then I shall bring my case forward to the media . . . that is if the FBI does not file charges first . . . they may not need you as a witness!

Sofia Stewart

P.O. Box 165153
Salt Lake City, Utah 84116
( 801 ) 220-0588

Ester Duffie, Agent
(915) 949-9208
2009 Raney
San Angelo, Texas   76901
Suite 96


3353 Ft. Independence Street
Riverdale, New York   10463
Suite 14S


August 18, 1984


Valrie Redd
David Madden Office
Twentieth Century-Fox Productions
Box 900
Beverly Hill, CA   90213


Re: Third Eye by Sofia Stewart-Manuscript


Dear Valrie,

Pursuant to your telephone conversation several months ago with Sofia Stewart,
I am enclosing the above-referenced material for your consideration.


Sincerely,


Ester Duffie

ED/jb

Enclosure



Verona Russell-Scales, Agent
(718) 287-8347
3353 Ft. Independence Street
Riverdale, New York   10463
Suite 14S


July 1, 1985


Lora Lee, Story Editor
Twentieth Century-Fox Productions
Box 900
Beverly Hill, CA   90213 .


Re: Third Eye by Sofia Stewart-Manuscript

Dear Ms. Lee:

In June 1981 Susan Merzbach read these six pages of a science fiction treatment entitle "Third Eye" and liked what she had read ... so much in fact, that she personally called up my client to see if there were anything more written about the subject.  Unfortunately at the time my client was busy working on the manuscript of her book which wasn't completed until the winter of 83.

After it's completion, she received a second phone call from Twentieth Century-Fox but this time from a David Madden's Office via Valrie Redd etc. requesting the finished product.

I submitted the manuscript on the behalf of my client August 23, 1984 (Register; Return Receipt), but never received a formal acknowledgment of receipt!

As per conservation on June 17, 1985, between my client and the secretary (Vivian) in your office I am re-submitting this manuscript for your consideration.


Sincerely,


Verona Russell-Scales
      Agent

VR-S/jb



Enclosure



Regarding your question about the source of The Matrix, the answer is simple. There is no "source work" in the sense of some underlying work published in another medium. The film is based on an original screenplay, and the screenplay contains an original story created by its authors.

One other point is worth emphasizing here. In your letter, you state that a "simple denial" of liability "without supporting documentation" will not satisfy you or your client. That statement implies that we have the burden of proving that we did <u>not</u> copy your client's work. That is a legal theory that neither we nor any court will accept. On the contrary, your client must prove copying, and, as noted, we have seen no evidence that even suggests it.

As I hope Ms. Stewart will confirm, we have treated her claim seriously and respectfully. But based on everything we have seen to date, there is no merit in this claim. That leaves us no choice but to defend against it, and if necessary we are prepared to do so. We hope, however, that upon objective review of the evidence, you and Ms. Stewart may come to the conclusion that there is no basis here for legal action.

Sincerely,

Jeremy N. Williams

Enclosure

cc: Pamela Kirsh, John Schulman

# TWENTIETH CENTURY FOX FILM CORPORATION



July 10, 1985


Verona Russell-Scales
3353 Ft. Independence Street, Suite 14S
Riverdale, NY 10463


Dear Ms. Russell-Scales,

Thank you for your submission entitled, Third Eye, which I am returning.

While I understand that there was interest from Fox during a previous administration, I regret to inform you that Fox now is only allowed to accept submissions from agents who are signatory with the Writer's Guild of America. Unfortunately, we cannot make exceptions.

Thank you, however, for thinking of Fox. Much luck to you in the future.

Sincerely yours,

Lora Lee
Story Editor


encl.
LL/vcm

Twentieth Century Fox Film Corporation   P.O Box 900   Beverly Hills, CA 90213   (213) 27
Cable Address  CENTFOX. LosAngeles   TELEX 6-74875

 **MAIL**

Print - Close Window

**From:** Brownfhf@aol.com

**Date:** Wed, 22 Dec 2004 15:30:55 EST

**Subject:** terminator

**To:** sophiastewart003@yahoo.com

# Business Data for
# The Terminator (1984)

**FREE TRIAL!**
*IMDbPro.com offers representation listings for over 50,000 individuals, including actors, writers, and directors, as well as contact details for over 9,000 companies in the entertainment industry.*
*Click here for a free trial!*
**Budget** $6,400,000 (estimated)

**Opening Weekend** $4,020,663 (USA) (28 October 1984) (1,005 Screens)

**Gross** $9,780,393 (USA) (4 November 1984)
$4,020,663 (USA) (28 October 1984)
$36,900,000 (USA)
â‚¬1,928,803 (Spain) (20 December 2002)
SEK 2,690,178 (Sweden)

**Weekend Gross** $4,219,463 (USA) (4 November 1984) (1,112 Screens)
$4,020,663 (USA) (28 October 1984) (1,005 Screens)

**Admissions** 3,005,355 (France)
1,212,966 (Spain) (20 December 2002)
80,259 (Sweden)

**Filming Dates** March 1984Â -Â June 1984

**Copyright Holder** Cinema '84, A Greenberg Brothers Partnership

**Print: May 16, 2011**                    **74063780**

## TYPED DRAWING

**Serial Number**
74063780

**Status**
REGISTERED AND RENEWED

**Word Mark**
TERMINATOR

**Standard Character Mark**
No

**Registration Number**
1783506

**Date Registered**
1993/07/20

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
STUDIOCANAL, S.A. CORPORATION FRANCE 1 PLACE DU SPECTACLE ISSY
MOULINEAUX FRANCE 92130

**Name Change**
BY ASSIGNMENT, BY MERGER

**Original Owner**
CAROLCO PICTURES INC. CORPORATION Los Angeles CALIFORNIA 90069

**Goods/Services**
Class Status -- ACTIVE.  IC 028.  US  022 023 038 050.  G & S:
] and playthings; namely, [ target games, kites ], toy action f
[ board games, card games, disc-type toss toys, toys, bows and
plush toys ], toy vehicles, [ toy cars, toy trucks, roller skat
toy model hobbycraft kits, [ toy rockets, toy guns, jigsaw puzz
toy figurines, [ puppets ], video and computer [ output ] games
First Use: 1991/07/04.  First Use In Commerce: 1991/11/15.

**Filing Date**

Alan U. Schwartz
Tel. 310.586.6517
Fax 310.586.7800
schwartza@gtlaw.com
November 20, 2006
**VIA E-MAIL**

Andy Vajna
Mario Kassar
AGV Productions Inc.
2308 Broadway
Santa Monica, California 90404
Re:     The Terminator Franchise

Dear Andy:

On behalf of a financially responsible client we are authorized to advise you that they are prepared to make the following firm and final proposal to you and your relevant affiliates (collectively "AV/MK controlled entities") Kassar for the purchase of all rights in and to "The Terminator Franchise" owned and controlled by the AV/MK controlled entities.

1.     The rights in and to "The Terminator Franchise" which are owned and controlled by AV/MK controlled entities include without limitation the following rights:

     (a)     Remake rights in the first three Terminator films, namely "The Terminator," "Terminator II: Judgment Day" and "Terminator 3: Rise of the Machines";

     (b)     All rights to revenue streams from "Terminator 3: Rise of the Machines" including:
     i.     Producer's and other fees
     ii.     Ongoing revenues from video games
     iii.     Merchandising, publishing and other licensing revenues.

# Exh. 8

(c)     All ongoing revenues from new video and other interactive games including multi-player online games to be developed.

(d)     All derivative rights in and to the "Terminator" films including, without limitation, sequel, prequel, remake and television production rights to the "Terminator" films, including the screenplay for "Terminator 4"; Salvation written by John Brancato, Michael Ferris and Jonathan Mostow. We understand that you have developed "Terminator 4" to be the first picture of the next trilogy although there are no scripts for subsequent theatrical sequels.

(e)     Animated series for DVD (OVA) revenues. We understand that you have executed a memorandum of agreement (long form still to be negotiated with certain issues still outstanding) with Itochu Corp for the development and subsequent production of a approx $8M budget Original Video Animation (OVA) for release on DVD to exploit stand-alone stories within the "Terminator" mythology and that the initial 60 to 72 -minute OVA consisting of 5 to 7 individual stories is currently entitled "Termination."

(f)     Television series revenues. We understand that you have entered into an Option-Purchase Agreement and Executive Producer Agreement with **Warner Bros. Television** to develop a television series currently entitled "Terminator: The Sarah Connor Chronicles" for 20[th]Century Fox to broadcast. The pilot, which has a high seven-figure budget and goes into production on or about January 18, 2007 in New Mexico, has been written by Josh Friedman and directed by David Nutter. We understand that you have begun to internally develop two potential animated television series and intend to develop a live action television series after the final theatrical motion picture (e.g. similar to "Stargate: SG1").

(g)     All ongoing merchandising, licensing, brand integration and sponsorship revenues from the Terminator Franchise excluding only "The Terminator" and "Terminator II: Judgment Day" OVA and television productions.

2.     We understand that MGM, Warner Bros., Columbia/Tri-Star/Sony and Toho Towa have the following rights in connection with "Terminator 4", which our client will honor:

(a)     MGM has a first negotiation right for each of domestic and worldwide distribution rights to "Terminator 4."

Exh. 9

(b) Warner Bros. and Sony Picture have a first negotiation right in second position to MGM for domestic distribution rights and international distribution rights, respectively, to "Terminator 4."

(c) Behind MGM, Toho Towa has a first refusal right for Japanese distribution rights to "Terminator 4" (minimum guarantee of 10% of the final cost of the picture, 12.5% distribution fee, 75%/25% backend split in favor of producer after carve outs for residuals and gross participants up to 20% (inclusive of 5% to Owners) and TV series rights.

(d) There is a book publishing option agreement with Tor Forge and other related merchandising 1st rights that are not material.

3. Video Games: We understand that there are no current arrangements with respect to video games as the Atari option agreement was extinguished although preliminary conversations have taken place concerning both console and multi-player online games and there is a next generation platform game development proposal prepared by Stormfront.

4. We have been further advised that approximately $17M is U.S. dollars of income is forecasted to be due to be received by you for "Terminator 3" on an "ultimate" basis. This revenue stream would be part of the rights purchase, as of course would be all additional ongoing revenue and we acknowledge that you are not guaranteeing or assuring us that such ultimate forecast will be achieved and accordingly, you shall not be required to make any guarantee, rep or warranty as to the realization of such ultimate forecast but such ultimate forecast shall be subject to our due diligence.

5. We have been advised that the script of "Terminator 4" has been written with a PG-13 rating in mind rather than the R-rating for "Terminator 3."

6. The full and complete purchase price for "The Terminator Franchise" will be $25M in U.S. dollars, which sum will be paid by wire transfer within one week after the satisfactory conclusion of the conditions set forth in Paragraph 7 below. You have notified us that you are requesting to be paid 10% of the MAGR from the "Terminator: The Sarah Connor Chronicles" spin offs, etc. We will consider your request in good faith and negotiations therefor will be part of the long form agreement.

Exh. 10

7. This proposal is made to you subject to the following conditions:

(a) That you notify me in writing by 6 p.m. on Wednesday, November 22nd that you are in a position to proceed in the manner described in this letter;

(b) That I notify you in writing no later than 6 p.m. Tuesday, November 28th that our client has certified to **Greenberg Traurig, LLP** in writing that ready funds of $25M are in place to conclude this deal;

(c) That I provide you with a draft long form agreement no later than 6 p.m. Friday, December 1, 2006 that provides for an effective closing (and payment) date of January 10, 2007 subject only to our completion of the due diligence;

(d)

# Exh. 11

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA∪        584-564

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

**FEB 03 1984**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

TERMINATOR

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Screenplay

---

**2**

**NAME OF AUTHOR ▼**        James Cameron

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
screenplay

**NAME OF AUTHOR ▼** Gale Anne Hurd as employee for hire of Pacific Western Productions

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶    USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
screenplay

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Hemdale Film Corp.
9255 Sunset Blvd.
Los Angeles, CA

APPLICATION RECEIVED
03 FEB 1984

ONE DEPOSIT RECEIVED
03 FEB 1984

TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
J.Cameron assigned to Pacific Western Productions
and Pacific Western Productions assigned to Hemdale Film

REMITTANCE NUMBER AND DATE
114898 FEB 3 84

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

Exh 11

PAU 584-564

DEPOSIT ACCOUNT
FUNDS USED

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Melanie Cook, Esq.
Cooper, Epstein & Hurewitz
9465 Wilshire Blvd. #800
Beverly Hills, CA 90212

Area Code & Telephone Number ▶ 213-278-1111

CERTIFICATION* I, the undersigned, hereby certify that I am the

☐ only one ▼
author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___Hemdale Film Corp.___
Name of author or other copyright claimant, or owner of exclusive rights(s) ▲

Exh. 12

work identified in this application and that the statements made
in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Melanie Cook          date ▶ ·J·: 31 1984

Handwritten signature (X) ▼  *Melanie Cook*

MAIL CERTIFICATE TO

Name ▼
Hemdale Film Corp.
c/o Cooper, Epstein & Hurewitz

Number/Street/Apartment Number ▼
9465 Wilshire Blvd. #800

City/State/ZIP ▼
Beverly Hills, CA  90212

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights
Library of Congress, Washington
DC 20559

Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-MENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE

20Jun94

| | |
|---|---|
| 2998 | 506 |
| 2998 | 507 |

*Barbara Ringer*

Acting
Register of
Copyrights and
Associate
Librarian for
Copyright
Services

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

063341979

| | Month | Day | Year |
|---|---|---|---|

Volume 2998     Page 506

Volume 299F     Page 507

REMITTANCE _____

DO NOT WRITE ABOVE THIS LINE

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*     FUNDS RECEIVED _____

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1: Andy Wachowski
c/o Circle of Confusion (title:)
131 Country Village Lane
New Hyde Park, New York 11040          (Cont'd...)

Party 2: Warner Bros., a division of Time
Warner Entertainment Company, L.P.
4000 Warner Blvd.
Burbank,
CA 91522

**2** DESCRIPTION OF THE DOCUMENT:
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other Assignment _____

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.

| Title | Registration Number | Author | |
|---|---|---|---|
| MATRIX | | Andy Wachowski and Larry Wachowski | Additional sheet(s) attached? ☐ yes ☐ no If so, how many? _____ |

**4** ☐ Document is complete by its own terms
☐ Document is not complete. Record "as is."

**5** Number of titles in Document _____  1

**6** Amount of fee enclosed or authorized to be charged to a Deposit Account _____ $20

**7** Account number _____ DA013544
Account name _____ Warner Bros.

**8** Date of execution and/or effective date of accompanying document _____ as of February 15, 1994
(month) (day) (year)

**9** AFFIRMATION:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

_____ (Irene Slade)
Signature
6/10/94
Date

**10** CERTIFICATION:* Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

_____
Signature

_____
Duly Authorized Agent of

_____
Date

MAIL RECORDA-TION TO:

Name: Irene Slade
Warner Bros.
Number/Street/Apartment Number: 4000 Warner Blvd., Rm. 253, Bldg. 3
City/State/ZIP: Burbank, CA 91522

January 1993—30 000

☆ U.S. GOVERNMENT PRINTING OFFICE 1990-343-848/80,005

Exh 16

05/13/2005  14:13   8182264044          MICHAEL STOLLER          PAGE  39/91

# THE MATRIX

### Written by

### Larry and Andy Wachowski

No portion of this script may be performed, reproduced,
or used by any means, or quoted or published in any
medium without the prior written consent of Warner Bros.

WARNER BROS.                    February 23, 1994
4000 Warner Boulevard           © 1994
Burbank. California 91522       WARNER BROS.
                                All Rights Reserved

48

Exh. 19

1:Roman Empire Inc. To:Sophia Stewart (17022423506)    15:37 12/30/09GMT-05 Pg 35-88    P.3
Nov 05 2008 12:43PM HP LASERJET FAX

05/13/2005 11:13   8182254844              MICHAEL STOLLER              PAGE 36/91

THE MATRIX


Written by

Larry and Andy Wachowski


No portion of this script may be performed, reproduced,
or used by any means, or quoted or published in any
medium without the prior written consent of Warner Bros.


WARNER BROS.                          August 23, 1994
4000 Warner Boulevard                 © 1994
Burbank, California 91522             WARNER BROS.
                                      All Rights Reserved

47

Exh. 20

**ASSIGNMENT**

For valuable consideration, receipt of which is hereby acknowledged, the undersigned ANDY WACHOWSKI and LARRY WACHOWSKI (herein referred to jointly and severally as "Assignor"), whose address is c/o Circle of Confusion Limited, 131 Country Village Lane, New Hyde Park, New York 11040, Attention: Rajeev Agarwal, hereby sells, grants, and assigns to WARNER BROS., a division of Time Warner Entertainment Company, L.P., (hereinafter referred to as "Assignee"), whose address is 4000 Warner Blvd., Burbank, California 91522, exclusively, in perpetuity and throughout the universe, all right, title and interest, including without limitation the entire copyright and all extensions and renewals thereof (but excluding comic book publishing rights and those rights reserved to a "professional writer" in connection with the sale of a screenplay to a signatory company under the 1992 Writers Guild of America Theatrical and Television Basic Agreement), in and to that certain work of authorship described as follows:

Title: "MATRIX"

Written By: ANDY WACHOWSKI and LARRY WACHOWSKI

Copyright Registration No.: _____

including the title, themes, stories and all other contents thereof, and the characters therein, and all translations, adaptations, sequels and other versions thereof, whether now or hereafter acquired.

Assignor and Assignee have entered into a formal agreement dated February 15, 1994, relating to the assignment of the foregoing rights in and to said work, which rights are more fully described in said agreement, and this assignment is expressly made subject to all of the terms, conditions and provisions contained in said agreement.

The undersigned has executed this assignment effective as of February 15, 1994.

_____
ANDY WACHOWSKI

_____
LARRY WACHOWSKI

Exh 17

Space 1 continued:

Party 1 continued:

Larry Wachowski
c/o Circle of Confusion Limited
131 Country Village Lane
New Hyde Park, New York 11040

Exh. 18

("MATRIX")



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___1___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

DEC 1 7 2008

DEBRA BOWEN
Secretary of State

Exh. 13

**1043898**

FILED
In the office of the Secretary of State
of the State of California

MAY 12 1981

MARCH FONG EU, Secretary of State
Carmella M. Guy
Deputy

ARTICLES OF INCORPORATION

OF

PACIFIC WESTERN PRODUCTIONS, INC.

### I

The name of this corporation is PACIFIC WESTERN PRODUCTIONS, INC.

### II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practices of a profession permitted to be incorporated by the California Corporations Code.

### III

The name and address in the State of California of this corporation's initial agent for service of process is:

James R. Miller, Esq.
2029 Century Park East
Suite 2500
Los Angeles, California 90067

### IV

This corporation is authorized to issue one class of shares of stock; the total number of said shares is five hundred thousand (500,000).

Dated: 5/12/81



_____
(Signature of Incorporator)

_____
JAMES R. MILLER
(Typed Name of Incorporator)

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

_____
JAMES R. MILLER

ו:Roman Empire Inc. To:Sophia Stewart (17022423506)        16:09 12/30/09GMT-05 Pg 23-88

Fw: Corporate Misconduct — 'AT&T Yahoo! Mail'                                    Page 2 of 2

Similarly, as to Hemdale Film Corporation, the name and addresses of the officers and their addresses that apply to the period between the aforementioned period of time.

| Corporation | | |
|---|---|---|
| PACIFIC WESTERN PRODUCTIONS, INC. | | |
| Number: C1043898 | Date Filed: 5/12/1981 | Status: active |
| Jurisdiction: California | | |
| Address | | |
| 70 N RAYMOND AVE STE 201. | | |
| PASADENA, CA 91103 | | |
| Agent for Service of Process | | |
| JULIE A THOMSON | | |
| 70 N RAYMOND AVE STE 201 | | |
| PASADENA, CA 91103 | | |

Don't pick lemons.
See all the new 2007 cars at Yahoo! Autos.

Exh. 14.1

The name of this corporation is PACIFIC WESTERN PRODUCTIONS, INC.

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may

The name and address in the State of California of this corporation's initial agent for service of proces

James R. Miller, Esq.
2029 Century Park East
Suite 2500
Los Angeles , California  90067

This corporation is authorized to issue one class of shares of stock; the total number of said shares is fi

Dated: 5/12/81

                  ___James R. Miller_____
                  Signature of Incorporator

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which exe

              /s/  James R. Miller

Exh. 14.3

n:Roman Empire Inc. To:Sophia Stewart (17022423506)    16:09 12/30/09GMT-05 Pg 25-88    Page 4 of 6

Fw: Historical Notes – PWP – 'AT&T Yahoo! Mail'

DAVID GALE AND JULIE THOMSON certify that:

1. They are the President and Secretary, respectively, of Pacific Western Productions, Inc., a Calif(
2. The articles of incorporation of this corporation are hereby amended to add a new Article V rea(

"The *liability of the directors* of the corporation for monetary damages shall be *eliminated to i*

3. The foregoing amendment of the articles of incorporation has been duly approved by the board (
4. The foregoing amendment of articles of incorporation has been duly approved by the required v·
   amendment equaled or exceeded the vote required. The percentage vote required was more thar

We further declare under penalty of perjury under the laws of the State of California that the matte

Date: **March 25, 1992.**

_____
David Gale  -  President

_____
Julie Thomson – Secretary

**James R Miller - #69920**

**Current Status: Not eligible to practice law (Not Entitled)**

See below for more details. ·
**Profile Information**

| Bar Number | 69920 |
|---|---|
| Address | 9460 Wilshire Blvd #600 Beverly Hills, CA 90212-2719 |

Exh. 14.4

ı:Roman Empire Inc. To:Sophia Stewart (17022423506)     16:09 12/30/09GMT-05 Pg 26-88     Page 5 of 6

Fw: Historical Notes – PWP – 'AT&T Yahoo! Mail'

| District | District 7 |
| --- | --- |
| County | Los Angeles |
| Sections | None . |

**Status History**

| Effective Date |
| --- |
| *Present* |
| 9/16/2003 |
| 1/4/2001 |
| 1/1/1996 |
| 12/9/1976 |

Miller had been in practice from 1976 through 1981 when he got the request to form Pacific Weste

The current lawyer affiliated with the management of PWP is Gale. He is listed as inactive. It is interesting t

"The *liability of the directors* of the corporation for monetary damages shall be *eliminated*

## David Marc Gale - #155713

**Current Status: Inactive**

This member is inactive, but is eligible to become active.
See below for more details.

**Profile Information**

| Bar Number | 155713 | | |
| --- | --- | --- | --- |
| Address | MTV Films 5555 Melrose Ave MOD213 Los Angeles , CA 90038-3149 | Phone Number | (323) 956-4390 |
| | | Fax Number | (323) 862-1386 |
| | | e-mail | dpjul@bjnpoep.comfytn@lqscl.cometlqrtge@frr.comfsrrcgl@osuuem· |
| District | District 7 | Undergraduate School | Stanford Univ; Stanford CA |
| County | Los Angeles | Law School | New York Univ SOL; New York NY |
| Sections | None | | |

**Status History**

| Effective Date |
| --- |
| *Present* |
| 1/1/1992 |
| 12/16/1991 |

Exh. 14.5

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 12, 2014

Ms. Sophia Stewart
Post Office Box 31725
Las Vegas, NV 89173

Dear Ms. Stewart:

This letter is in response to the correspondence you mailed to the FBI in which you allege your rights were violated by the courts in Utah.

I have forwarded your correspondence to our Salt Lake City Division for review and appropriate action. Please direct any further concerns to that division, located at 5425 West Amelia Earhart Drive, Salt Lake City, UT 84116.

Sincerely yours,

Matthew W. Drake
Chief, Civil Rights Unit
Criminal Investigative Division

EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBI Headquarters
Task Force
935 Pennsylvania Ave NW
Washington D.C. 20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 0470 0001 9374 0239

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540




From the Desk Of:

## ASAC WILLIAM H. DUFF
*WHITE COLLAR CRIME BRANCH*
*DIVISION 2 - BRANCH "2"*
*X2802*

DATE __7/6/01__

__ CSSA [    ]

__ ADIC MAWN

__ SAC ____

__ SAC CORDIER

__ A/SAC _____

__ ASAC _____

__ CDC _____

__ _____

__ SSA [    ] (C-1)
__ SSA [    ] (C-2)
__ SSA [    ] (C-3)
__ SSA [    ] (C-4)
__ SSA [    ] (C-8)
__ SSA [    ] (C-12)
__ SSA [    ] (C-14)
__ SSRA [    ] (C-21)
__ SSA [    ] (C-28)
__ SSA [    ] (C-33)
__ SSA [    ] (C-35)
✓ SSA [    ] (C-37)

b6
b7C

b6
b7C

RE: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

__ Please Expedite        __ For Info.           __ Please Handle
__ For Approval           __ Please See Me       __ See Attached

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Looks like a 295 E case.*

EXH 13

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dria Ladd*

**REGISTER OF COPYRIGHTS**
United States of America

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 154-281**

TX / TXU

EFFECTIVE DATE OF REGISTRATION

2 / 6 / 84

Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

*THIRD EYE (Add-on Manuscript)*

PREVIOUS OR ALTERNATIVE TITLES ▼ *THIRD EYE (Treatment) 6 Pgs.*

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ ___ Number ▼ ___ Issue Date ▼ ___ On Pages ▼ ___

**2**

**a** NAME OF AUTHOR ▼ *Sofia M. Stewart (Tevia Kavala Pseudonym)*

DATES OF BIRTH AND DEATH
Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *United States*
{ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ *ENTIRE TEXT*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ ___
{ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___
{ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
*1983* ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

*Sofia Stewart*
*3353 Fort Independence St.*
*Riverdale, N.Y. 10463*

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
*05 FEB 1984*
ONE DEPOSIT RECEIVED
*11/28/83*
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*117024 FFR 6R4*

EX# 4

117

EXAMINED BY IHG

CHECKED BY

CORRESPONDENCE
Yes

DEPOSIT ACCOUNT
FUNDS USED

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**TXu    154-281**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

# TXu 117-610        1983

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Third Eye ( Treatment )

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

A.) the new narrative plus 8 brief Chapters
B.) the Preface and also Illustrations. Introductions

See instructions
before completing
this space.

**6**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼                    Places of Manufacture ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☑ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Ms. Sofia Stewart
3353 Fort Independence St.
Riverdale, N.Y. 10463
Area Code & Telephone Number ▶ (212) 287-8347 N (915) 653-2731

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Ms. Sofia M. Violet Stewart              date ▶ Jan. 30, 1984

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Ms. Sofia M. Violet Stewart

Number/Street/Apartment Number ▼
3353 Fort Independence St. Apt. 145

City/State/ZIP ▼
Riverdale, N.Y. 10463

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Sept. 1982—500,000

EXH 4

CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dvid Ladd*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu    117-610

TX    TXU

EFFECTIVE DATE OF REGISTRATION

Feb    2    1983

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

*Third Eye*

PREVIOUS OR ALTERNATIVE TITLES ▼

*NONE*

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

*NONE*

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

*NONE*

**2**
**a**
NAME OF AUTHOR ▼

*Sofia Stewart*

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *United States*
Domiciled in ▶ *United States*

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*Original Treatment for Motion Pictures (Entire Tex-*
*(STORY)*

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
*May 1, 1981* ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*Sofia Stewart*
*3353 Fort Independence St. Apt 14S*
*Bronx, N.Y. 10463*

See instructions before completing this space.

APPLICATION RECEIVED
02 FEB 1983
ONE DEPOSIT RECEIVED
02 FEB 1983
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE FOR USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the

*EXH 3*

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu   117-610

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☒ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼     Places of Manufacture ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Sofia Stewart
3353 Fort Independence St Apt 145
Bronx N.Y. 10463
Area Code & Telephone Number ▶ (212) 543-4505

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Third Eye     date ▶ May 1, 1981

Handwritten signature (X) ▼
Ms. Sofia Stewart

**11**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Ms. Sofia Stewart
Number/Street/Apartment Number ▼     Apt 145
3353 Fort Independence St.
City/State/Zip ▼
Bronx, N.Y. 10463

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

EX H3

116

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-478-780

**Effective date of registration:**

July 20, 2010

## Title

**Title of Work:** Matrix 4: The Evolution Cracking The Genetic Codes

**Nature of Work:** Movie Treatment, Synopsis, 4D Movie Attraction and Hologram Clones - New Machines

## Completion/Publication

**Year of Completion:** 2000

## Author

**Author:** Sophia Stewart

**Author Created:** Treatment, Synopsis, 4D Hologram Clones - New Machine

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Sophia Stewart

P.O. Box 31725, Las Vegas, NV, 89173

## Limitation of copyright claim

**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** Sophia Stewart

**Date:** July 15, 2010

*EXH 5*

# The Third Eye

## Where it all begins...

by

## Sophia Stewart
The Mother of the Matrix