```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS060910
Cashier ID: rtanker
Transaction Date: 12/11/2018
Payer Name: Sophia Stewart
----------------------------------
CIVIL FILING FEE
 For: Sophia Stewart
 Amount:        $400.00
----------------------------------
CASH
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

18cv2351


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```