UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SOPHIA STEWART,

                          Plaintiff,

v.

JAMES CAMERON, *et al.*,

                          Defendant.

Case No. 2:18-cv-02351-JAD-GWF

**ORDER**

       This matter is before the Court on the Defendants' Emergency Motion to Extend Time and Alter Deadline to Answer or Move to Dismiss Complaint (ECF No. 9), filed January 25, 2019.  Upon review and consideration, the Court finds good cause exists to grant the Defendants' request.  Accordingly,

       **IT IS HEREBY ORDERED** that the Defendants' Emergency Motion to Extend Time and Alter Deadline to Answer or Move to Dismiss Complaint (ECF No. 9) is **granted**. Defendants shall have until March 5, 2019 to file their Answer or Motion to Dismiss.

       Dated this 28th day of January, 2019.

                                      _____
                                      GEORGE FOLEY, JR.
                                      UNITED STATES MAGISTRATE JUDGE