**SOPHIA STEWART**
**P.O. BOX 31725**
**Las Vegas, NV 89173**
**702-501-5900 (PH)**

FILED ___    ___ RECEIVED
ENTERED ___    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

**FEB - 4 2019**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEVADA

| | |
|---|---|
| SOPHIA STEWART, <br><br> Plaintiff   v. <br><br> JAMES CAMERON, *et. al.* <br><br> Defendants. | **Case No.2:18-cv-02351-JAD-GWF** <br><br> MOTION AND REQUEST FOR JUDICIAL NOTICE FOR MANDATORY RESTITUTION UNDER PRESIDENTIAL EXECUTIVE ORDER 13818 AGAINST DAVIS WRIGHT TREMAINE AND ALL DEFENDANTS COMMINGLED TERMINATOR AND MATRIX MONIES, TAX EVASION, PAYOFFS, BANKRUPTCY FRAUD, MONEY LAUNDERING, AND BRIBERY CASE NO 2:18-cr-00465-SPL |

COMES NOW, PLAINTIFF Sophia Stewart bringing forth this Motion For Judicial Notice on the_____ 4ᵗʰ _____ day of February 2019, or as soon thereafter as counsel maybe heard in the above-entitled matter, Plaintiff hereby request for Mandatory Restitution under Presidential Executive Order 13818 against Seditious Conspirators Davis Wright Termaine, all defendants in Nevada case including Warner Bros Vice President Patrick Perkins and former U.S.P.T.O. Senior Examining Attorney Avis Thomas Frazier for conspiring to "commingle Terminator and Matrix bribery payments", enable a pay-to-play operation, organized extortion,

1

and "Vindictive Law Enforcement" via-a-vie Davis Wright Termaine, LLP (The estimated value is $6.25 million.), on August 13, 2018 (18-USP-001984.) involving the William J. Clinton Charity Fraud, thus requesting for the U.S. Attorney John Huber to Freeze all the defendants assets and place a $55,000,000,000.00 UCC Lien against Defendants.

Background:

On **December 9, 2007,** Plaintiff avers former U.S.P.T.O. Federal Employee Avis[1] Frazier-Thomas "affixed" her name as the Senior Examining Attorney to a "Response to an Office Action," and subsequently rendered a denial for the mark, "Enter the Matrix" Serial Number 78135234. Plaintiff avers the Seditious Conspirator Frazier took a "bribe," entered into a "Quid Pro Quo Agreement" with Warner Bros. Studios that she would suborn bribery of government Official colleagues collecting on a "promise of employment or other benefit for her political activity" to aid white people with steal federal intellectual property from a black woman, thus constituting an indictable "Racketeering offense" prohibited under 18 U.S.C. § 1961(B),  cross referencing Section § 600.

On **September 6, 2018,** Plaintiff avers Avis Frazier committee indictable offenses for "racketeering crimes against the administration of Justice" as a former Federal employee by "affixing" her name to pleading for "Enter the Matrix," Serial Number 78135235, thus constituting criminal conflicts of interest for previously "participate personally and substantially" for a "covered matter" involving a specific party through the decision, disapproval, recommendation, or giving legal advice  to money launder stolen property after a judgment or otherwise prohibited under violations of 18 U.S.C. § 1961(B) and cross referencing section 18 U.S.C. § 205(C)(1).

Plaintiff asserts Seditious Conspirator Avis Thomas Frazier colluded with Davis Wright Termaine LLP and the William J. Clinton Foundation to "secrete" the security interest after Judgement, and steal "Matrix" royalties,  all while committing indictable acts for intentional concealment of Money Laundering offenses and

---

[1] Exh. 11, 12

making "material false statements" to the U.S.P.T.O. in hinderance of 18 U.S.C. § 1961(B), in contravention to Section § 1956(a)(2)(A).

Plaintiff alleges Seditious Conspirator Avis Frazier engaged in a "pattern of RICO activity" while manifesting "criminal conflicts of interest" and/or "indictable offenses" for "racketeering crimes against the administration of justice" including "participation" as a former Senior Government Official in a "particular matter," ruling, determination, rulemaking, controversy, claim, or judicial or other proceeding prohibited under 18 U.S.C. § 1961(B), citing 18 U.S.C. § 207(i)(3).

With utter contempt for the rule of law, Seditious Conspirator Avis Frazier conspired to engage in conduct as a "Former or current federal employee" to violate "Federal Ethics Law" prohibiting "criminal conflicts of interest" before departments, agencies in hinderance of 37 CFR § 11.111. Plaintiff asserts Seditious Conspirator Avis Frazier was the "Senior Examining Attorney" inside the U.S.P.T.O that "participated substantially" in this "particular trademark matter," and enabled a *"pay-to-play"* operation while comingling a "structured payments" at Warner Bros. Entertainment Inc. to Time Warner Inc., PAC,[2] thus constituting an indictable RICO offense prohibited 37 CFR § 11.112(a)(b).

Plaintiff alleges Seditious Conspirators Eric Holder, Terrell McSweeny, Kathryn Ruemmler, Hillary Clinton, Bill Clinton, William J. Clinton Charity Fraud conspired to take bribes and/or kickback to unjustly enrich themselves as Facilitators / Brokers in exchange to obstruct antitrust investigation to hinder, delay or prevent collection by the lawful owner Sophia Stewart, thus constituting an indictable RICO offense for the Enterprise prohibited under 26 CFR § 1.162-18(2).

In the case now before the court sought to "seek to influence the Judge," to render a ruling for an extension without giving the plaintiff under Federal Rules of Evidence to object to the pleading, thus manifesting a "Bias Injury" violating "impartiality" prohibited under 37 CFR § 11.305(a). Plaintiff avers Bill Clinton,

---

2 Exh. Q, Transaction Identification

Hillary Clinton for the William J. Clinton Foundation placed inside their FORM 990 Part III Lined 4C in violation of IRC 7.25.3:

> "The Clinton Giustra Enterprise Partnership ("CGEP") Builds Social
> Businesses to generate social impact and "finance returns" by
> Addressing market gaps in developing countries' supply or distribution
> Chains. Through these models, CGEP seeks to help people work themselves
> Out of poverty. CGEP'S successful pilot programs are incorporated to
> Form "FOR-PROFIT ENTERPRISE ETITIES" in which the Clinton
> Foundation typically holds a significant ownership position. In 2017, the
> Clinton Guistra Enterprise Partnership (CGEP) joined an effort to accelerate
> The progress of the UN's sustainable development goals, along with
> Continuing to build a manage business that empower farmers and
> Entrepreneurs worldwide.

Plaintiff avers the United States Patent and Trademark Office enacted governing rules that state in detail and with particularity citing 37 §11.1(2):

> "Conviction or convicted means any "confession"[3] to a "crime";[4] verdict of
> "judgment"[5] finding a person guilt of a crime, any "entered plea," to a crime;
> or "receipt of deferred adjudication"[6] (whether judgment or sentence has been
> entered or not) for an accused or plead crime.

> "Any crime[7] a necessary element of which, as determined by the statutory or
> common law definition of such crime[8] in the jurisdiction where the crime[9]
> occurred, includes "interference with the administration of justice,"[10] "false

---

[3] Exh. 23, line 17
[4] Exh. A, B, C, D, E, F, G, H, I
[5] Exh. 287
[6] Docket 287
[7] Exh. K, L, M, N, O, P, Q
[8]
[9]
[10] Exh. 23

4

swearing,"[11] misrepresentation, fraud, willful failure to file income tax returns,[12] deceit,[13] bribery,[14] extortion,[15] misappropriation, theft,[16] or an attempt or a conspiracy[17] or "solicitation"[18] of another to commit a "serious crime."[19]

Plaintiff asserts said Seditious Conspirators Principal Conspirators Davis Wright Tremaine LLP have influenced the current judge to "grant defendants" and extension while concealing the United States of America vs. Backpage.com, LLC, et. al. CR 18-465-SPL, Docket 84, page 2 that states:

> "$3,713,121.03 in funds seized from Bank of America #XXXXX1363 in the name of Davis Wright Tremaine LLP (The estimated value is $6.25 million.), on August 13, 2018 (18- USP-001984)".

Plaintiff avers Docket 9 involves "purposeful altering" of "an official complaint" to a U.S. Attorney or "otherwise soliciting a Federal Judge to side with the Defendants in violation of  18 U.S.C. § 1506. Plaintiff alleges Davis Wright Tremaine LLP made "material altered documents, a false entries" of record Docket 9 to impede, obstruct of hinder the proper administration of the matter before a court, thus imputing guilt for a 20 year prison term under 18 U.S.C. § 1519. Plaintiff avers the Defendants conspired to cover-up "Commingling funds" prohibited under RICO citing 18 U.S.C. § 1963(m)(5).

Penalties for "purposeful false statements" to a federal court imputes guilt under  8 U.S.C. § 1324c(3)(B) warranting a $5,000.00 penalty "per document". Plaintiff asserts the Seditious Conspirators are engaged in intentional concealment of money laundering prohibited under 18 U.S.C. § 1956(a)(2)(A).

---

[11] 18 U.S.C. 152(2)(7), Docket 9

[12]

[13]

[14]

[15] Exh. C

[16] Exh. J

[17]

[18] Docket 285, 18 U.S.C. 1951(b)(2)

[19] https://www.law.cornell.edu/cfr/text/37/11.1

Said Seditious Conspirators are engaged in "Transactional money laundering" for an indictable "pattern of criminally derived property," and/or proceeds obtained from the criminal offense prohibited under 18  U.S.C. § 1957(f)(2).

Plaintiff herein requests that the Court take Judicial Notice that the Seditious Conspirators have "transacted a "false Declaration upon the court involving "The Third book," "documents, records, other Documentary Evidence," including concealed Plaintiff's lawful rights of ownership for "Federal Intellectual Property" for Terminator and Matrix franchise  copyrights and derivative copyrights , thus imputing guilt to the Defendants under 18 U.S.C. § 1623(a).

Plaintiff herein requests Mandatory Restitution under  18 U.S.C. §  1593(b)(1) to order the Defaulted Defendants to pay the plaintiff the full amount of losses, as determined by the court. Plaintiff request under the Mandatory Restitution Act of 1996 the court to render a declaratory judgment to return my losses that are fixed. Plaintiff requests that court to issue an Order for the U.S. Attorney to impose a Lien upon the Defendants pursuant to 18 U.S.C. § 3663(m)(1)(B).  Attorneys Bryan Thomas and Lauren Chans are the witnesses (see Bryan Thomas letter). These full circle crimes, conspiracy to steal Federal protected copyrights and criminal violations are ongoing for 38 years since May 1, 1981 (see Fox's Letters of access, June 1, 1981, exhibit book "The Third Eye " , script with same name).

Dated: 2/4/19
Feb. 4, 2019

Submitted by: _____