MR. BROWN: Certainly, if I may, I am happy and pleased with your tentative rulings regarding the laches and statute of limitations and the paragraph 29 and that is all I was going to address.

One technical point, I noticed, requested judicial notice and I didn't see any response to their request. I think it needs to be denied.

And I happen to also voice the fact that I haven't seen the Terminator or Matrix movies. They are sitting on my shelf at home for me to view.

THE COURT: I can't hear you, sir. You're going to need to go to the lectern.

MR. BROWN: Sorry. I apologize. Is that better now?

THE COURT: Yes, it's so much better.

MR. BROWN: Thank you.

As I said, I haven't seen the Terminator or Matrix movies either. But aside from that, the moving defendants did request judicial notice. I didn't see anything addressing that. I think it needs to be denied because it's not a proper subject.

And aside from that, I have nothing further to argue. Thank you.

THE COURT: Okay.

Thank you.

EXH 191

Scanned with CamScanner

MR. WEBB: Yes, your Honor.

Dean Webb, once again, thank you.

Your Honor, we concur with the tentative in all aspects regarding the RICO claims.

THE COURT: Okay. Thank you, Mr. Webb.

MR. WEBB: Thank you, your honor.

THE COURT: The tentatives will be the final ruling of the Court on each of the motions to dismiss.

Let's proceed to the issues related to the scheduling conference.

The Court has already expressed to defendants its desire that motions for summary judgment not be brought forward until they are in a state where they can be heard, in other words, until plaintiff has been given a reasonable opportunity to conduct discovery on the grounds for the motions.

The Court will express to plaintiff the fact that the pleading that is presently on file is -- well, one of the favorite words from the case is prolix and it is most certainly prolix and it is difficult to follow. And if you are to believe the defendants, that is because there are some real problems with these claims.

The only thing the Court wants to say is that the next pleading needs to be clear, precise and understandable. And counsel need to, I think, evaluate whether what this is

is a copyright infringement claim or whether it's truly a RICO action and whether they want to invite the barrage of litigation that is going to follow pursuing these RICO allegations or whether they have, you know, a good solid copyright claim that they want to take forward.

If counsel and the plaintiff want to proceed with these RICO allegations, of course, that is their right to do so, but I just ask counsel to think very clearly about the case and about what is involved in the case and to have their next pleading reflect both precision of thought as well as clear allegations with regard to what each of the defendants allegedly did with regard to the plaintiff's copyright claims because it's not clear on the face of this pleading with regard to many of the defendants what they supposedly did with regard to infringing these copyrights.

With regard to the dates, the Court is going to set the following dates:

Initial disclosures under Rule 26 must be made by October 11 consistent with Rule 26.

The Court is going to direct that the amended pleading be filed as is reflected in the RICO order within 20 days and is going to set an outside date for the amendment of pleadings of November 22. That is a filing date, filing of motions or stipulations seeking to amend pleadings to add new party, new claims or new defenses.

Scanned with CamScanner

The fact discovery cutoff date in this case will be March 25. Any experts must be designated and their reports disclosed by April 8.

Any rebuttal experts must be designated and their reports disclosed by April 22.

And the expert discovery cutoff date in the case will be May 6.

The motion hearing cutoff date will be May 23 at 10:00 a.m.

We'll hold a pretrial conference on June 20 at 9:00 a.m.

And your trial date will be July 12th at 8:30 a.m.

I would like to hold a further telephone status conference with counsel on March 3 at 5:00 p.m.

And I would like plaintiff's counsel please to initiate that call with all counsel and the Court on the line.

The deadline for your completion of a settlement proceeding in this case will be May 31.

The case is part of the Court's ADR pilot project and you will be required to utilize a member of the attorney settlement officer panel as your settlement neutral in the case.

The Court will not conduct a settlement conference in this case because the case is part of the ADR pilot

Scanned with CamScanner

program and the Court will further not exempt the case from the settlement requirement as defendants have requested.

The information regarding the settlement officers is available on the Court's website. They are identified by practice specialities. There are some biographies available of most of them and there is also geographic information regarding the settlement officers.

I urge the parties to attempt to agree upon a settlement officer because that will make the conference more productive.

I believe, counsel, that I have given you all the dates. The Court is not going to presently make any ruling with regard to bifurcation of the trial and it declines to bifurcate discovery.

Any protective order motion, of course, will have to be directed to Judge Kenton.

Mr. Brown, Mr. Webb, anything else that plaintiffs needed to address this morning?

MR. BROWN: No, thank you.

THE COURT: Mr. Isaacs?

MR. BOREN: Your Honor, just a couple things.

One, the final pretrial conference, what date did you have on that?

THE COURT: June 20th at 9:00 a.m.

MR. BOREN: Thank you.

Scanned with CamScanner

THE COURT: I'm sorry if I didn't say that.

MR. BOREN: No, you did.

MR. ISAACS: Your Honor, I guess I have one question.

If expert discovery is concluded by May 6th and the last date to hear motions is May 25th, that's a little bit of a tight -- to the extent you have a summary judgment motion that is dependent upon expert depos, for example, a motion on access would not be dependent on experts, but to the extent it required the protectable expression analysis and substantial similarity analysis that might require an expert and I don't think you can get a summary judgment on file by then.

THE COURT: Hard to prevail on summary judgment on substantial similarity also, I might add, under the law of the Ninth Circuit.

If you wish to bring a motion of that kind relying on expert testimony, then you'll have to depose your experts earlier and get their depositions taken.

MR. ISAACS: Thank you, your Honor.

(End of proceedings.)

Scanned with CamScanner

CERTIFICATE

I hereby certify that the foregoing matter is transcribed from the stenographic notes taken by me and is a true and accurate transcription of the same.

DAVID A. SALYER, CSR-RMR          DATED: September 29, 2004
Official Court Reporter
License No. 4410

**Scanned with CamScanner**

# MATRIX RELOADED

## 18 U.S.C. 201(2)(B) Bribery



Resignation
09/25/14



Resignation
09/25/15

**Exh.**

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)  PAGE 6723 OF 73025

[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16   [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

## Hillary Victory Fund

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Rummel, Cheryl, , ,

Mailing Address PO Box 72
470 Main St E

| City | State | Zip Code |
|------|-------|----------|
| Maynard | IA | 50655-0072 |

FEC ID number of contributing federal political committee. C

Name of Employer (for Individual)
N/A

Occupation (for Individual)
Homemaker

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
08 / 14 / 2016

Transaction ID : C9176260

Amount of Each Receipt this Period
95.56

[ ] Memo Item

Aggregate Year-to-Date ▼
1647.91

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Landau, Jon, P., , ,

Mailing Address 89301 Old Hwy

| City | State | Zip Code |
|------|-------|----------|
| Tavernier | FL | 33070-2146 |

FEC ID number of contributing federal political committee. C

Name of Employer (for Individual)
Lightstorm Entertainment

Occupation (for Individual)
Film Produucer

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
08 / 08 / 2016

Transaction ID : C8940120

Amount of Each Receipt this Period
100000.00

[ ] Memo Item

Aggregate Year-to-Date ▼
100000.00

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Onischak, M., , ,

Mailing Address 6n268 Old Homestead Rd

| City | State | Zip Code |
|------|-------|----------|
| Saint Charles | IL | 60175-6128 |

FEC ID number of contributing federal political committee. C

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Engineering

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify)

Date of Receipt
M M / D D / Y Y Y Y
07 / 05 / 2016

Transaction ID : C6535780

Amount of Each Receipt this Period
100.00

[ ] Memo Item

Aggregate Year-to-Date ▼
300.00

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶  100195.56

TOTAL This Period (last page this line number only)................................. ▶

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| | 11a | | 11b | | 11c | ☒ | 12 |
| | 13 | | 14 | | 15 | | 16 | | 17 |

PAGE 3576 OF 3943

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

## NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

---

**A.** Full Name (Last, First, Middle Initial)
**MR. RALPH C. STAYER**

Mailing Address 2100 GORDON DR

| City | State | Zip Code |
|------|-------|----------|
| NAPLES | FL | 34102-7624 |

FEC ID number of contributing federal political committee.  C

Name of Employer: JOHNSONVILLE SAUSAGE
Occupation: SAUSAGE MAKER

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
32400.00

Date of Receipt
M M / D D / Y Y Y Y
09 22 2014
Transaction ID : SA12.15677125

Amount of Each Receipt this Period
32400.00

JFC ATTRIB: BOEHNER FOR SPEAKER

[MEMO ITEM]

---

**B.** Full Name (Last, First, Middle Initial)
**MR. RANDALL L. STEPHENSON**

Mailing Address 5404 WALNUT HILL LANE
SUITE 3700

| City | State | Zip Code |
|------|-------|----------|
| DALLAS | TX | 75229-6621 |

FEC ID number of contributing federal political committee.  C

Name of Employer: AT&T INC.
Occupation: CHAIRMAN AND CHIEF OPERATING OFFICE

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
32400.00

Date of Receipt
M M / D D / Y Y Y Y
09 15 2014
Transaction ID : SA12.15677127

Amount of Each Receipt this Period
32400.00

JFC ATTRIB: BOEHNER FOR SPEAKER

[MEMO ITEM]

---

**C.** Full Name (Last, First, Middle Initial)
**MR. WARREN A. STEPHENS**

Mailing Address 111 CENTER STREET
P.O. BOX 5507

| City | State | Zip Code |
|------|-------|----------|
| LITTLE ROCK | AR | 72201-4402 |

FEC ID number of contributing federal political committee.  C

Name of Employer: SELF-EMPLOYED
Occupation: C.E.O.

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
32400.00

Date of Receipt
M M / D D / Y Y Y Y
09 22 2014
Transaction ID : SA12.15677126

Amount of Each Receipt this Period
17400.00

JFC ATTRIB: BOEHNER FOR SPEAKER

[MEMO ITEM]

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶     0.00

TOTAL This Period (last page this line number only)........................................... ▶

FEC Schedule A (Form 3X) Rev. 02/2003

Image# 14953176573

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one) PAGE 3890 OF 8055

[X] 11a   [ ] 11b   [ ] 11c   [ ] 12

[ ] 13   [ ] 14   [ ] 15   [ ] 16   [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**REPUBLICAN NATIONAL COMMITTEE**

Full Name (Last, First, Middle Initial)
**A. MR. RUPERT MURDOCH**

Mailing Address 1211 AVENUE OF THE AMERICAS

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10036-8701 |

FEC ID number of contributing federal political committee.   C

Name of Employer: FOX ENTERTAINMENT GROUP, INC.
Occupation: REQUESTED

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
10   09   2014
Transaction ID : 2014G12L11AI11426

Amount of Each Receipt this Period
32400.00

Aggregate Year-to-Date ▼
32400.00

---

Full Name (Last, First, Middle Initial)
**B. MR. DONALD J. WEBER**

Mailing Address 145 SOUTH 17TH STREET

| City | State | Zip Code |
|---|---|---|
| LA CROSSE | WI | 54601-4255 |

FEC ID number of contributing federal political committee.   C

Name of Employer: LOGISTIC HEALTH, INC.
Occupation: CHIEF EXECUTIVE OFFICER

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
10   09   2014
Transaction ID : 2014G12L11AI11427

Amount of Each Receipt this Period
25000.00

Aggregate Year-to-Date ▼
25000.00

---

Full Name (Last, First, Middle Initial)
**C. MR. CECIL O'BRATE**

Mailing Address P.O. BOX 399

| City | State | Zip Code |
|---|---|---|
| GARDEN CITY | KS | 67846-0399 |

FEC ID number of contributing federal political committee.   C

Name of Employer: SELF-EMPLOYED
Occupation: REQUESTED

Receipt For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Receipt
M M / D D / Y Y Y Y
10   09   2014
Transaction ID : 2014G12L11AI11428

Amount of Each Receipt this Period
19900.00

Aggregate Year-to-Date ▼
32400.00

---

SUBTOTAL of Receipts This Page (optional)............................▶   77300.00

TOTAL This Period (last page this line number only)............▶

**Exh. 70**

8

Image# 14951840408

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13  [ ] 14  [ ] 15  [ ] 16  [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

**A.** Full Name (Last, First, Middle Initial)
MR. K. RUPERT MURDOCH

Mailing Address 1211 6TH AVE, 8TH FLOOR

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10036-0003 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| 21ST CENTURY FOX | EXECUTIVE |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Receipt
09  30  2014
Transaction ID : SA11.15664840

Amount of Each Receipt this Period
32400.00

CONTRIBUTION

Aggregate Year-to-Date ▼
32400.00

**B.** Full Name (Last, First, Middle Initial)
MR. JOHN N. MURLAS

Mailing Address 723 WESTMOUNT DRIVE
NO 307

| City | State | Zip Code |
|---|---|---|
| WEST HOLLYWOOD | CA | 90069-5152 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| RETIRED | RETIRED |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Receipt
09  17  2014
Transaction ID : SA11.15625722

Amount of Each Receipt this Period
211.00

CONTRIBUTION

Aggregate Year-to-Date ▼
421.00

**C.** Full Name (Last, First, Middle Initial)
MR. C J. MURPHY

Mailing Address 1626 RUTH ST. N

| City | State | Zip Code |
|---|---|---|
| SAINT PAUL | MN | 55119-3064 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| RETIRED | RETIRED |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Receipt
09  12  2014
Transaction ID : SA11.15614630

Amount of Each Receipt this Period
36.00

CONTRIBUTION

Aggregate Year-to-Date ▼
301.00

SUBTOTAL of Receipts This Page (optional).................................................► 32647.00

TOTAL This Period (last page this line number only).................................►

Exh. 71

9

Image# 13964631968

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page |
|---|

**FOR LINE NUMBER:** (check only one)  **PAGE 572 OF 783**

☐ 11a  ☐ 11b  ☐ 11c  ☒ 12
☐ 13  ☐ 14  ☐ 15  ☐ 16  ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
**NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE**

**A.** Full Name (Last, First, Middle Initial)
**MR. MATTHEW T. MOROUN**

Mailing Address 160 PROVENCAL RD

| City | State | Zip Code |
|---|---|---|
| GROSSE POINTE FARMS | MI | 48236-2908 |

FEC ID number of contributing federal political committee.  C

Name of Employer: CENTRA, INC.
Occupation: VICE CHAIRMAN

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
57200.00

Date of Receipt
M M / D D / Y Y Y Y
08  31  2013

**Transaction ID : SA12.15146358**

Amount of Each Receipt this Period
24800.00

JFC ATTRIB: BOEHNER FOR SPEAKER

**[MEMO ITEM]**
REDESIGNATION REQUESTED/REFUND TO BE ISSUED

---

**B.** Full Name (Last, First, Middle Initial)
**MR. K. RUPERT MURDOCH**

Mailing Address 1211 AVENUE OF THE AMERICAS

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10036-8701 |

FEC ID number of contributing federal political committee.  C

Name of Employer: NEWS CORPORATION
Occupation: CHAIRMAN & C.E.O.

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
32400.00

Date of Receipt
M M / D D / Y Y Y Y
08  31  2013

**Transaction ID : SA12.15146353**

Amount of Each Receipt this Period
32400.00

JFC ATTRIB: BOEHNER FOR SPEAKER

**[MEMO ITEM]**

---

**C.** Full Name (Last, First, Middle Initial)
**TERRYE MYHRE**

Mailing Address 9120 IVY AVENUE NORTH

| City | State | Zip Code |
|---|---|---|
| STILLWATER | MN | 55082-5282 |

FEC ID number of contributing federal political committee.  C

Name of Employer: GLOBE EDUCATION NETWORK
Occupation: PRESIDENT

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
4800.00

Date of Receipt
M M / D D / Y Y Y Y
08  31  2013

**Transaction ID : SA12.15146347**

Amount of Each Receipt this Period
4800.00

JFC ATTRIB: BOEHNER FOR SPEAKER

**[MEMO ITEM]**

---

SUBTOTAL of Receipts This Page (optional)............................................ ▶  0.00

TOTAL This Period (last page this line number only)........................... ▶

**Exh. 72**