Image# 13941815015

## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

☒ 11a ☐ 11b ☐ 11c ☐ 12
☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐ 17

PAGE 211 OF 549

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Boehner for Speaker**

---

**A. MR. K. RUPERT MURDOCH**

Full Name (Last, First, Middle Initial)

Mailing Address 1211 AVENUE OF THE AMERICAS

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10036-8701 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| NEWS CORPORATION | CHAIRMAN AND CEO |

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼ 32400.00

Date of Receipt
08 / 09 / 2013
Transaction ID : SA11.536545

Amount of Each Receipt this Period
32400.00

CONTRIBUTION

---

**B. MR. DAVID T. MURRAY**

Full Name (Last, First, Middle Initial)

Mailing Address 1249 1/2 C STREET, SE

| City | State | Zip Code |
|---|---|---|
| WASHINGTON | DC | 20003-1776 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| INFORMATION REQUESTED PER BEST EFFORTS | INFORMATION REQUESTED PER BEST EFF |

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼ 250.00

Date of Receipt
07 / 24 / 2013
Transaction ID : SA11.525053

Amount of Each Receipt this Period
250.00

CONTRIBUTION

---

**C. MR. ROBERT E. MURRAY**

Full Name (Last, First, Middle Initial)

Mailing Address 29525 CHAGRIN BOULEVARD
SUITE 111

| City | State | Zip Code |
|---|---|---|
| PEPPER PIKE | OH | 44122-4601 |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |
|---|---|
| MURRAY ENERGY CORP. | PRESIDENT AND CEO |

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼ 5000.00

Date of Receipt
07 / 24 / 2013
Transaction ID : SA11.525071

Amount of Each Receipt this Period
5000.00

CONTRIBUTION

---

SUBTOTAL of Receipts This Page (optional).............................. ▶ 37650.00

TOTAL This Period (last page this line number only)....................... ▶

**Exh.73**

Image# 14861341723

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee

NAME OF COMMITTEE (in Full)
> **NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE**

**A.** Full Name (Last, First, Middle Initial)
**MR. RALPH C. STAYER**
Mailing Address 2103 GORDON DR

| City | State | Zip Code |
|---|---|---|
| NAPLES | FL | 34102-7524 |

FEC ID number of contributing federal political committee: **C**

Name of Employer: JOHNSONVILLE SAUSAGE
Occupation: SAUSAGE MAKER

Receipt For: ☐ Primary ☐ General ☐ Other (specify)

Aggregate Year-to-Date ▼ 32400.00

Date of Receipt: 09 / 22 / 2014
Transaction ID : SA12.15677125
Amount of Each Receipt this Period: 32400.00
JFC ATTRB: BOEHNER FOR SPEAKER
[MEMO ITEM]

**B.** Full Name (Last, First, Middle Initial)
**MR. RANDALL L. STEPHENSON**
Mailing Address 5424 WALNUT HILL LANE
SUITE 3200

| City | State | Zip Code |
|---|---|---|
| DALLAS | TX | 75229-6021 |

FEC ID number of contributing federal political committee: **C**

Name of Employer: AT&T INC.
Occupation: CHAIRMAN AND CHIEF OPERATING OFFICER

Receipt For: ☐ Primary ☐ General ☐ Other (specify)

Aggregate Year-to-Date ▼ 32400.00

Date of Receipt: 09 / 19 / 2014
Transaction ID : SA12.15677327
Amount of Each Receipt this Period: 32400.00
JFC ATTRB: BOEHNER FOR SPEAKER
[MEMO ITEM]

**C.** Full Name (Last, First, Middle Initial)
**MR. WARREN A. STEPHENS**
Mailing Address 111 CENTER STREET
P.O. BOX 3507

| City | State | Zip Code |
|---|---|---|
| LITTLE ROCK | AR | 72201-4402 |

FEC ID number of contributing federal political committee: **C**

Name of Employer: SELF-EMPLOYED
Occupation: C.E.O.

Receipt For: ☐ Primary ☐ General ☐ Other (specify)

Aggregate Year-to-Date ▼ 32400.00

Date of Receipt: 09 / 22 / 2014
Transaction ID : SA12.15677126
Amount of Each Receipt this Period: 17400.00
JFC ATTRB: BOEHNER FOR SPEAKER
[MEMO ITEM]

SUBTOTAL of Receipts This Page (optional) ......▶ 0.00

TOTAL This Period (last page this line number only) ......▶

FEC Schedule A (Form 3X) Rev. 02/2003

Exh.

# Violations: 18 U.S.C. 152(2)(3), 1623(c)
## 37 CFR 11.107(a)(2), Conflicts of Interest

**Exh. 16**

INTELLECTUAL PROP         208 P02    AUG 13 '03   14:05
\*\*Please place on Up   Right Corner\*\*
\*\*of Response to Offi. ction ONLY.\*\*
Examining Attorney: THOMPSON, LAVERNE
Serial Number: 78/135234

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### TRADEMARK APPLICATION – PRINCIPAL REGISTER

| | |
|---|---|
| In re Application of<br>TIME WARNER ENTERTAINMENT<br>COMPANY, L.P. | ) Int'l Class: 09 |
| | ) |
| | ) Law Office: 116 |
| Serial No.: 78 / 135234 | ) |
| | ) Examining Attorney: La Verne T. Thompson |
| Filed:    June 12, 2002 | ) |
| | ) |
| Mark:    ENTER THE MATRIX | ) |

### RESPONSE TO FIRST OFFICE ACTION

BOX RESPONSES
NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Dear Sir:

In response to the Office Action dated November 5, 2002, Applicant respectfully submits the following:

### REMARKS

The Examining Attorney has rejected Application Serial Number 78/135234 for the trademark ENTER THE MATRIX for use in connection with Motion picture films featuring comedy, drama, action, adventure and animation, and motion picture films for broadcast on television featuring comedy, drama, action, adventure and animation; prerecorded vinyl records, audio tapes, audio-video tapes, audio video cassettes, audio video discs, and digital versatile

Received from <> at 5/13/03 11:12:49 PM [Eastern Daylight Time]

*ExH 16*

## Violations: 18 U.S.C. 152(2)(3), 1623(c)
## Violations: 18 U.S.C. 1001, 152(2)(3), 1623(c)

INTELLECTUAL PROP                    200 P08    AUG 13 '03  14:09

### CONCLUSION

In view of the fact that the Applicant has resolved all of the substantive issues and informalities, it is respectfully requested that a Notice of Publication issue for the trademark ENTER THE MATRIX under Section 12 of the Trademark Act as amended.

DATED: May 2, 2003

Respectfully submitted,

TIME WARNER ENTERTAINMENT
COMPANY, L.P.



By: _____
Ava Frazier-Thomas
Attorney for Applicant
c/o Warner Bros.
4000 Warner Blvd.
Bridge Building North, 5th Floor
Burbank, California 9152
Telephone: (818) 954-4956

Received from < > at 5/13/03 1:11:48 PM Eastern Daylight Time]

Exh. 22

**Violations: 18 U.S.C. 152(2)(3), 1623(c)(1)(2)(d)(e)
37 CFR 11.107(a)(2), Conflicts of Interest**

broadcast on television featuring comedy, drama, action, adventure and animation; audio-video tapes, audio video discs, and digital versatile discs featuring music, drama, action, adventure, and animation; CD ROM games; short motion picture film cassettes featuring drama, action, adventure and animation to be used with hand-held viewers or projectors; computer programs, namely, software linking digitized video and audio media to a global computer information network; game equipment sold as a unit for playing a parlor-type computer game for use with an external display screen or monitor; video and computer game programs; video game cartridges and cassettes, all featuring fictional characters and elements from the hit 1999 science fiction motion picture and its sequels, in which a computer hacker learns the true nature of his reality and joins a group of rebels in a war against oppressive controllers in a futuristic world

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 05/15/2003 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/15/2003 |

**SIGNATURE SECTION**

| DECLARATION SIGNATURE | /Avis Frazier-Thomas/ |
|---|---|
| SIGNATORY'S NAME | Avis Frazier-Thomas |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 12/09/2007 |
| RESPONSE SIGNATURE | /Avis Frazier-Thomas/ |
| SIGNATORY'S NAME | Avis Frazier-Thomas |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 12/09/2007 |
| AUTHORIZED SIGNATORY | YES |

**FILING INFORMATION SECTION**

| SUBMIT DATE | Sun Dec 09 14:45:24 EST 2007 |
|---|---|
| TEAS STAMP | USPTO/ROA-64.236.243.16-2 00712091445245859950-78135 234-410f2c360c954861e75b6 05563804b5e97-N/A-N/A-200 71209143512580513 |

**Response to Office Action**

*Exh*. 11

**From:** Sophia Stewart <sophiastewart10@yahoo.com>
**Date:** January 18, 2019 at 9:37:18 AM PST
**To:** opa@ftc.gov
**Subject: Fwd: PATRICK PERKINS,  BRUCE ISAACS, KATE CHILTON FROM WB PUT IN MORE TAINTED EVIDENCE 10/27/14 Section 15 and replaced Wineberger**

ILLEGAL EX PARTE COMMUNICATION 10/27/14 AND MORE FRAUD, EVIDENCE TAMPERING IN THE USPTO DURING A COURT PROCEEDING TO THE COMISSIONER AND THE DIRECTOR, TO FIX THE CASE. IS THE FRAUD, TAMPERING, AND OBSTRUCTION OF JUSTICE EVER GOING TO END? AS SOON AS THIS IS REPORTED TO THE DOJ/FBI, KATE CHILTON,BRUCE ISAACS, AND PATRICK PERKINS GO IN YET AGAIN, EARLY THIS MORNING TO FIX THE CASE WITH MORE FRAUD, EVIDENCE TAMPERING TO SWAY THE DECISION ON THE PENDING CASE NO 92058387. HAVE WARNER BROS BOUGHT THE TRADEMARK COMISSIONER AND THE DIRECTOR OR JUST SOME OF THE ATTORNEYS OVER THERE? HOW MANY IS ON THE WARNER BROS SLUSH FUND PAYROLL? ARE THE TRADEMARKS SAFE AT THE USPTO OR CAN ANYONE WITH SOME SLUSH FUND MONEY COME IN AND DO WHAT THEY WANT. TRADEMARKS FOR SALE, AS REPORTED TO THE OBAMA ADMISTRATION AND OTHER LAW ENFORCEMENT AGENCIES. fraud

# 2.146 petition to the Director

**Exh.**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| SERIAL NUMBER | 78135234 |
| REGISTRATION NUMBER | 3408950 |
| FORM TEXT | |
| On October 8, 2014, a combined Section 8 and 15 declaration was filed for U.S. Trademark Registration No. 3408950. On October 16, 2014, the Section 8 declaration was accepted, and the Section 15 declaration was acknowledged.  However, the Section 15 declaration was inadvertently filed in error, as the registration was the subject of a cancellation at the time, Canc. No. 92058387 | |

before the Trademark Trial and Appeal Board. Accordingly, Registrant respectfully requests that the Section 15 Declaration of Incontestability for U.S. Trademark Registration No. 3408950 be abandoned pursuant to the Director's supervisory authority under 35 U.S.C. §2 and 37 C.F.R. §2.146(a)(3).

| PAYMENT SECTION | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 100 |
| TOTAL FEES DUE | 100 |

| SIGNATURE SECTION | |
|---|---|
| DECLARATION SIGNATURE | /Patrick T. Perkins/ |
| SIGNATORY'S NAME | Patrick T. Perkins |
| SIGNATORY'S POSITION | Vice-President |
| DATE SIGNED | 10/27/2014 |
| SUBMISSION SIGNATURE | /Patrick T. Perkins/ |
| SIGNATORY'S NAME | Patrick T. Perkins |
| SIGNATORY'S POSITION | Vice-President |
| DATE SIGNED | 10/27/2014 |
| AUTHORIZED SIGNATORY | YES |

| FILING INFORMATION SECTION | |
|---|---|
| TEAS STAMP | USPTO/PDR-10.112.151.171-20141027122742021143-3408950-20141027122006966877-DA-9114-20141027122006966877 |

Global Format: No Form Number (Rev 8/2009)
OMB No. 0651-0054 (Exp. 09/30/2014)

**Exh.**

# 2.146 petition to the Director

## To the Commissioner for Trademarks:

The following is submitted for registration number. **3408950** ENTER THE MATRIX :

## FORM INFORMATION

On October 8, 2014, a combined Section 8 and 15 declaration was filed for U.S. Trademark Registration No. 3408950. On October 16, 2014, the Section 8 declaration was accepted, and the Section 15 declaration was acknowledged. However, the Section 15 declaration was inadvertently filed in error, as the registration was the subject of a cancellation at the time, Canc. No. 92058387 before the Trademark Trial and Appeal Board. Accordingly, Registrant respectfully requests that the Section 15 Declaration of Incontestability for U.S. Trademark Registration No. 3408950 be abandoned pursuant to the Director's supervisory authority under 35 U.S.C. §2 and 37 C.F.R. §2.146(a)(3).

## FEE(S)
Fee(s) in the amount of $100 is being submitted.

## SIGNATURE(S)
### Declaration Signature
The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth above are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Patrick T. Perkins/    Date: 10/27/2014
Signatory's Name: Patrick T. Perkins
Signatory's Position: Vice-President

### Submission Signature
Signature: /Patrick T. Perkins/    Date: 10/27/2014
Signatory's Name: Patrick T. Perkins
Signatory's Position: Vice-President

**Exh.**

# 2.146 petition to the Director

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 78135234 |
| REGISTRATION NUMBER | 3408950 |
| FORM TEXT | |
| On October 8, 2014, a combined Section 8 and 15 declaration was filed for U.S. Trademark Registration No. 3408950. On October 16, 2014, the Section 8 declaration was accepted, and the Section 15 declaration was acknowledged. However, the Section 15 declaration was inadvertently filed in error, as the registration was the subject of a cancellation at the time, Canc. No. 92058387 before the Trademark Trial and Appeal Board. Accordingly, Registrant respectfully requests that the Section 15 Declaration of Incontestability for U.S. Trademark Registration No. 3408950 be abandoned pursuant to the Director's supervisory authority under 35 U.S.C. §2 and 37 C.F.R. §2.146(a)(3). | |
| PAYMENT SECTION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 100 |
| TOTAL FEES DUE | 100 |
| SIGNATURE SECTION | |
| DECLARATION SIGNATURE | /Patrick T. Perkins/ |
| SIGNATORY'S NAME | Patrick T. Perkins |
| SIGNATORY'S POSITION | Vice-President |
| DATE SIGNED | 10/27/2014 |
| SUBMISSION SIGNATURE | /Patrick T. Perkins/ |
| SIGNATORY'S NAME | Patrick T. Perkins |
| SIGNATORY'S POSITION | Vice-President |
| DATE SIGNED | 10/27/2014 |
| AUTHORIZED SIGNATORY | YES |
| FILING INFORMATION SECTION | |

**Exh.**

| TEAS STAMP | USPTO/PDR-10.112.151.171-20141027122742021143-3408950-20141027122006966877-DA-9114-20141027122006966877 |
|---|---|

Global Format; No Form Number (Rev 8/2009)
OMB No. 0651-0054 (Exp. 09/30/2014)

# 2.146 petition to the Director

## To the Commissioner for Trademarks:

The following is submitted for registration number. **3408950** ENTER THE MATRIX :

## FORM INFORMATION

On October 8, 2014, a combined Section 8 and 15 declaration was filed for U.S. Trademark Registration No. 3408950. On October 16, 2014, the Section 8 declaration was accepted, and the Section 15 declaration was acknowledged. However, the Section 15 declaration was inadvertently filed in error, as the registration was the subject of a cancellation at the time, Canc. No. 92058387 before the Trademark Trial and Appeal Board. Accordingly, Registrant respectfully requests that the Section 15 Declaration of Incontestability for U.S. Trademark Registration No. 3408950 be abandoned pursuant to the Director's supervisory authority under 35 U.S.C. §2 and 37 C.F.R. §2.146(a)(3).

## FEE(S)
Fee(s) in the amount of $100 is being submitted.

## SIGNATURE(S)
### Declaration Signature
The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth above are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Patrick T. Perkins/ Date: 10/27/2014
Signatory's Name: Patrick T. Perkins
Signatory's Position: Vice-President

**Exh.**

32

**Submission Signature**
Signature: /Patrick T. Perkins/     Date: 10/27/2014
Signatory's Name: Patrick T. Perkins
Signatory's Position: Vice-President

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the petitioner's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the petitioner in this matter: (1) the petitioner has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the petitioner has filed a power of attorney appointing him/her in this matter; or (4) the petitioner's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 9114
RAM Accounting Date: 10/27/2014

Serial Number: 78135234
Internet Transmission Date:
TEAS Stamp: USPTO/PDR-10.112.151.171-201410271227420
21143-3408950-20141027122006966877-DA-91
14-20141027122006966877

**Exh.**

FOR THE COUNTY OF ]

CLARK IN THE ]ss. Case No.:**2:18-cv-02351-JAD-GWF**

STATE OF NEVADA ]

I, *Sophia Stewart* HEREBY certify that I am over the age of 18 years old, and located at **P.O. Box 31725, Las Vegas, NV 89173** . I certify that I have placed a prepaid postage, true and complete original to the court and copies to the party(is) of record at the U.S. Postal Office located at Post Office **Nevada** on the date of __04__ Febuary **2019**, for this action of the following:

MOTION AND REQUEST FOR JUDICIAL NOTICE FOR MANDATORY RESTITUTION UNDER PRESIDENTIAL EXECUTIVE ORDER 13818 AGAINST SEDITIOUS CONSPIRATORS, DEFENDANTS, DAVIS WRIGHT TERMAINE LLP + All Enclosed / Attached Exhibits

| | |
|---|---|
| John T. Steffen<br>Jacob A. Reynolds<br>Hatchson & Stefffen, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Ste #200<br>Las Vegas, NV 89145<br>jsteffen@hutchlegal.com<br>jreynolds@hutchlegal.com<br>702-385-2500; 702-385-2086 | Alonzo Wickers IV<br>Sean M. Sullivan<br>John M. Browning<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>N.Y.N.Y. 10020<br>jackbrowning@dwt.com<br>212-489-8230; 212-489-8340 |
| c/o Clerk<br>United States District Court<br>District of Nevada, Las Vegas<br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | John Huber<br>John.huber@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Nevada that the above is true and correct pursuant to Rule 29.5.

Date: **02/04/19**